<div align="right">

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

</div>

ELECTRICAL SERVICE PROS, LLC d/b/a KINGS ELECTRIC & AIR CONDITIONING, a Florida limited liability company,

     Plaintiff,

v.

LIBERTY MUTUAL INSURANCE, a Massachusetts corporation,

     Defendant.

CASE NO.:

_____/

## **COMPLAINT**

COMES NOW, Plaintiff, ELECTRICAL SERVICE PROS, LLC d/b/a KINGS ELECTRIC & AIR CONDITIONING, a Florida limited liability company ("Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against Defendant LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation ("Defendant"), as more specifically set forth herein below:

1.     This is an action for breach of contract and declaratory relief pursuant to Chapter 86, Fla. Stat.

2.     Plaintiff, ELECTRICAL SERVICE PROS, LLC d/b/a KINGS ELECTRIC & AIR CONDITIONING, is a Florida limited liability company doing business in Orange County, Florida, and is otherwise subject to the personal jurisdiction of this Court.

3.     Defendant, LIBERTY MUTUAL INSURANCE COMPANY, is a Massachusetts corporation authorized to transact insurance business in the State of Florida and doing business in Orange County, Florida.

4.      Venue is proper in Orange County, Florida pursuant to § 47.051, Florida Statutes, because the acts giving rise to this lawsuit occurred in Orange County and the insured loss occurred at a residential property located in Orlando, Florida.

5.      All conditions precedent to the commencement of this action have been performed or have been waived.

6.      Plaintiff has hired the undersigned law firm agreeing to pay a reasonable fee.

## GENERAL ALLEGATIONS

7.      On or about May 7, 2025, Plaintiff was performing electrical and air conditioning work in the garage of a private residence located at 7415 Pointe Venezia Dr, Orlando, FL 32836 (the "Property"), owned by Jerry Davis ("Davis").

8.      After Plaintiff performed air conditioning work and left the Property for the day, air conditioning equipment in a box with packing material caught fire and burned, resulting in damage to the Property ("Accident").  Importantly, Plaintiff's employees were the last to leave the Property and have any interaction with the box and its contents.

9.      On or about May 8, 2025, Orange County Fire Rescue issued an incident report. See Fire Incident Report, **Exhibit A**. Therein, the department found *inter alia* that:

(a) Plaintiff was performing work on the property's A/C unit,

(b) In a corner of the property's garage, there "was A/C equipment that was being worked on by [Plaintiff] the night before," and

(c) "Some of the equipment and its box/packing material had caught fire and burned."

10.      Since the equipment box and components were under the exclusive control of Plaintiff at the time of service and an electrical fire does not ordinarily occur in the absence of negligence, there is a presumption of negligence under Florida law under the doctrine of *res ipsa*

*loquitur*. See Goodyear Tire & Rubber Co. v. Hughes Supply, Inc., 358 So. 2d 1339, 1341 (Fla. 1978).

11.    At all relevant times, Plaintiff was insured under a valid and enforceable Commercial General Liability (CGL) policy issued by Defendant, Policy No. BKS (25) 63 53 79 60 (the "Policy"), which provided coverage for, among other things, property damage arising from Plaintiff's operations. Pursuant to the Policy's Insuring Agreement, Defendant agreed it "will pay those sums that the insured becomes legally obligated to pay as damages because of . . . 'property damage'" and that it "will have the right and duty to defend the insured against any 'suit' seeking those damages." See Insurance Policy, **Exhibit B.**

12.    Plaintiff promptly notified Defendant of the Accident and submitted a claim requesting coverage in connection with the damages caused by the Accident.

13.    The fire and resulting property damage constitute "property damage"[1] caused by an "occurrence" within the policy period of August 6, 2024 to August 6, 2025, in the "Coverage Territory", as such terms are defined by the Policy in Section V thereof.

14.    The Property owner, Jerry Davis, is claiming $100,000 in damages to the Property stemming from the Accident, including damage to the garage floor, air conditioning system, water heater, and garage door, for which demand has been made upon Plaintiff to pay.

---

[1] "Property damage" means: a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it."

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"Coverage territory" means [in relevant part]: a. The United States of America (including its territories and possessions), Puerto Rico and Canada.

15.    Despite having received timely notice and supporting documentation, Defendant denied coverage for the claim and refused to afford coverage to resolve the claim or otherwise provide a defense or indemnity for Plaintiff related to the Accident. <u>See</u> Denial Letter July 1, 2025, **Exhibit C**.

16.    Notably, Plaintiff provided Defendant with numerous photographs of the incident site and surrounding area—more than enough for Defendant to determine Plaintiff was entitled to coverage under the Policy—but Defendant still denied the claim in bad faith.

17.    The Policy grants Defendant the right to, "at our discretion, investigate any 'occurrence' and settle any claim or 'suit' that may result." (Ex. B at 46, CGL Form, Section I(A)(1)(a)).

18.    Upon information and belief, Defendant failed to exercise this discretion in good faith and did not conduct a reasonable investigation. Defendant's investigation was limited to a single attempt to inspect the Property, which was allegedly obstructed by the claimant, Mr. Davis. Defendant made no subsequent attempts to inspect the site, instead using the claimant's one-time act—an act over which Plaintiff had no control—as a pretext to deny the claim.

19.    On July 14, 2025, Plaintiff formally disputed the denial of claim by Defendant. <u>See</u> Letter Disputing Denial of Claim, **Exhibit D**.

20.    On July 15, 2025, Defendant sent a letter to Plaintiff maintaining the liability denial. <u>See</u> Letter Maintaining Liability Denial, **Exhibit E**.

21.    On July 15, 2025, Defendant sent a notice of potential lawsuit to Plaintiff. <u>See</u> Notice of Potential Suit, **Exhibit F**.

22.    Plaintiff has incurred and will continue to incur substantial costs and potential liability exposure as a result of Defendant's denial of coverage.

## COUNT I
### Breach of Contract

23.     Plaintiff repeats and re-alleges Paragraphs 1–22 above as if set forth in full herein.

24.     At all times material, the Policy constituted a valid and binding contract between Plaintiff and Defendant. Plaintiff performed all of its obligations under the Policy, including the timely payment of all premiums.

25.     Defendant breached its express and implied contractual obligations under the Policy. These breaches include, but are not limited to: (a) failing to conduct a reasonable and good-faith investigation of the claim as required under its Policy and Florida law; and (b) wrongfully refusing to pay for a covered loss in violation of the Insuring Agreement.

26.     Defendant's refusal to provide a defense or indemnity for the claim asserted by the Property owner constitutes a material breach of the Policy.

27.     As a direct and proximate result of Defendant's breach of the Policy, Plaintiff has been damaged and incurred substantial damages.

WHEREFORE, Plaintiff, ELECTRICAL SERVICE PROS, LLC d/b/a KINGS ELECTRIC & AIR CONDITIONING, respectfully requests this Court enter judgment in its favor and against Defendant for damages, costs, and any other relief this Court deems just and proper.

## COUNT II
### Declaratory Judgment

28.     Plaintiff repeats and re-alleges Paragraphs 1–22 above as if set forth in full herein.

29.     This is an action for declaratory relief pursuant to Florida Statute § 86.011. See generally Romo v. Amedex Ins., 930 So. 2d 643 (Fla. 3rd DCA 2006):

> To state a cause of action for declaratory relief, a complaint must allege that there is a bona fide dispute between the parties and that the moving party has a justiciable question as to the existence or non-existence of some right, status, immunity, power, or privilege, or as to some fact upon which the existence of such right, status,

immunity, power, or privilege does or may depend, that plaintiff is in doubt as to the right, status, immunity, power, or privilege, and that there is a bona fide, actual, present need for the declaration.") (internal citations omitted).

30.    The Policy issued by Defendant to Plaintiff insured Plaintiff against "property damage" caused by an "occurrence" that took place in the "coverage territory" during the policy period. See Ex. B, CGL Coverage Form, at 46, Section I(1)(A)(a)–(b).

31.    On or about May 7, 2025, a fire occurred at the Property stemming from air conditioning equipment and packaging material that had been in Plaintiff's exclusive control in the time leading up to the Accident. See Ex. A.

32.    Plaintiff provided written notice to Defendant of the Accident and made a claim under the Policy for insurance coverage.

33.    On July 1, 2025, Defendant formally responded to Plaintiff's claim by totally denying coverage for the Accident asserting that it was not required to take any action to provide any coverage due to determining Plaintiff was "not legally responsible for this accident." Ex. C.

34.    Defendant's conclusion was reached without a reasonable investigation. Defendant used a single, alleged obstruction by the third-party claimant as a bad-faith excuse to abdicate its duty to investigate and summarily deny the claim.

35.    Aside from a preliminary review discarding the fire department's findings, Defendant has taken no action with respect to resolving Plaintiff's claim related to the Accident at the Property.

36.    Plaintiff is entitled, pursuant to Chapter 86 of the Florida Statutes, to a declaration as to the rights and status of the parties with respect to the Policy. Specifically, Plaintiff is entitled to a declaration that the Policy provides coverage for the Accident, and Defendant is liable to Plaintiff for damages arising from the Accident that are covered under the Policy.

37. There exists a bona fide, actual, present, practical need for such declaration, which deals with a present controversy as to the state of facts existing between the parties, and the rights of the parties are dependent upon such facts and the law applicable to the facts. Moreover, Defendant has asserted an actual, present, adverse and antagonistic position as to its obligations to Plaintiff under the Policy.

38. This count for declaratory relief is not being brought for the purpose of obtaining legal advice but constitutes a bona fide legal dispute between the parties.

39. Plaintiff has been required to retain undersigned counsel in connection with this matter and is obligated to pay attorney's fees and costs incurred in connection therewith.

40. Plaintiff is entitled to recover from Defendant its attorney's fees and costs incurred in connection herewith, pursuant to Fla. Stat. § 86.121.

41. Defendant's adverse interests are all before this Court by proper process and the relief sought is not merely the giving of legal advice by this Court or the answer to questions propounded from curiosity.

42. Pursuant to Fla. Stat. § 86.121, Plaintiff elects to utilize the summary procedure as provided in Fla. Stat. § 51.011.

WHEREFORE, Plaintiff, ELECTRICAL SERVICE PROS, LLC d/b/a KINGS ELECTRIC & AIR CONDITIONING, respectfully requests this Court enter judgment:

(a) Declaring that Plaintiff is entitled to coverage under the Policy for the Accident-related damages at issue;

(b) Declaring that Defendant, LIBERTY MUTUAL INSURANCE COMPANY, is obligated to provide coverage for the Accident to Plaintiff in accordance with the Policy;

(c)  Awarding Plaintiff its attorneys' fees pursuant to Fla. Stat. §§ 86.121,

(d)  Awarding costs; and

(e)  Granting such further relief as the Court deems just and proper.


Dated: July 29, 2025

**GRANER PLATZEK & ALLISON P.A.**
1699 S. Federal Highway
Boca Raton, FL 33432
P: (561) 750-2445
F: (561) 750-2446


By:   /s/ Thomas U. Graner
Thomas U. Graner, Esq.
Florida Bar No.: 905577
Primary Email: tom@granerlaw.com
Secondary Email: ivy@granerlaw.com and
kristin@granerlaw.com

# EXHIBIT "A"



| Location: | Incident Type: |
|---|---|
| **7415 POINTE VENEZIA DR** <br> **UNINCORPORATED FL 32836** | **111 - Building fire** <br> <br> FDID: **07252** <br> Incident #: **2025-0056710** <br> Exposure ID: **84895481** <br> Exposure #: **0** <br> Incident Date: **05/08/2025** <br> Dispatch Run #: **251280143** |
| Lat/Long: <br> **N 28° 25' 4.12"** <br> **W 81° 29' 11.36"** | |
| Zone: <br> **7 - Battalion 7** <br> Location Type: **1 - Street address** <br> Population Density: **Urban** | |

**Orange County Fire Rescue**
Station: **31**
Shifts Or Platoon: **C Shift**

| Report Completed by: | Perkins , William N. | **ID:** 112473 | **Date:** 05/08/2025 | |
|---|---|---|---|---|
| Report Reviewed by: | Porter , Jay | **ID:** 136894 | **Date:** 05/09/2025 | |
| Report Printed by: | Miller, Nicole | **ID:** 128898 | **Date:** 5/12/2025 | **Time:** 15:22 |

| Structure Type: **Enclosed building** | Property Use: **419 - 1 or 2 family dwelling** | | |
|---|---|---|---|
| Automatic Extinguishment System Present: ☐ | Detectors Present: ☑ | Cause of Ignition: **Unintentional** | |
| Aid Given or Received: **None** | Primary action taken: | **87 - Investigate fire out on arrival** | |

| Losses | | Pre-Incident Values | | | | | |
|---|---|---|---|---|---|---|---|
| Property: | **$7,500.00** | Property: | **$1,145,000.00** | Civilian Injuries: | **0** | Fire Service Injuries: | **0** |
| Contents: | **$1,500.00** | Contents: | **$5,000.00** | Civilian Fatalities: | **0** | Fire Service Fatalities: | **0** |
| Total: | **$9,000.00** | Total: | **$1,150,000.00** | Total Casualties: | **0** | Total Fire Service Casualties: | **0** |

| Total # of apparatus on call: | 8 | Total # of personnel on call: | 22 |
|---|---|---|---|

**Narrative from dispatch:**

HOUSE

---

**NARRATIVE (2)**

**Narrative Title:** n/a

**Narrative Author:** Mobley, Terry

**Narrative Date:** 05/08/2025 09:08:31

**Narrative Apparatus ID:** E52

**Narrative:**
cancelled

---

**NARRATIVE (3)**

**Narrative Title:** n/a

**Narrative Author:** Gault, Jonathan

**Narrative Date:** 05/08/2025 10:22:52

**Narrative Apparatus ID:** R36

**Narrative:**
R36 responding to house fire, downgraded and cancelled enroute. Returned to service

**NARRATIVE (4)**

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:44

**Narrative Apparatus ID:** B3

**Narrative:**

cx

**NARRATIVE (5)**

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:50

**Narrative Apparatus ID:** CPT7

**Narrative:**

cx

**NARRATIVE (6)**

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:58

**Narrative Apparatus ID:** E56

**Narrative:**

cx

**NARRATIVE (7)**

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:17:03

**Narrative Apparatus ID:** Q31

**Narrative:**

cx

**NARRATIVE (8)**

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:17:08

**Narrative Apparatus ID:** R31

**Narrative:**

cx

## NARRATIVE (9)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 12:04:29

**Narrative Apparatus ID:** E36

**Narrative:**

Caller advised soot on outside of garage door. No smoke or fire showing upon arrival. House is vacant and power was off at main breaker panel at our arrival. In A/D corner of garage was A/C equipment that was being worked on by contractor the night before. Some of the equipment and it's box / packing material had caught fire and burned. Fire was approx 1-2 feet from right side garage door. Fire and heat damaged garage doors , and garage door openers , all of A/C equipment that was sitting in garage , 2 plastic garbage bins. smoke and heat damage to garage ceiling was also noted. At our arrival there was no longer any active fire or heat. there was still a small amount of smoke in garage and throughout the house. garage and attic space was inspected using TIC, no heat signatures noted, no extension.

Scott Rappold (802-383-8088) is managing the home improvement work for the owner, Jerry davis (802-383-8088) who is currently in London England. The A/C work is being performed by Kings electric.

Home was ventilated and then TOT Mr Davis.

## APPARATUS

| Fire Controlled Date / Time: | | 5/8/2025 8:21:06 AM | |
|---|---|---|---|
| **Unit** | B3 | **Unit** | CPT7 |
| **Type:** | Chief officer car | **Type:** | Support apparatus, other |
| **Use:** | Other | **Use:** | EMS |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 1 | **# of People** | 1 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:13:53 | **Enroute** | 05 /08/2025 08:14:10 |
| **Arrived** | -- / -- / -- -- : -- : -- | **Arrived** | -- / -- / -- -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:20:36 | **Cancelled** | 05 /08/2025 08:20:39 |
| **Cleared Scene** | -- / -- / -- -- : -- : -- | **Cleared Scene** | -- / -- / -- -- : -- : -- |
| **In Quarters** | -- / -- / -- -- : -- : -- | **In Quarters** | -- / -- / -- -- : -- : -- |
| **In Service** | 05 /08/2025 08:20:36 | **In Service** | 05 /08/2025 08:20:39 |
| **Unit** | E36 | **Unit** | E52 |
| **Type:** | Engine | **Type:** | Engine |
| **Use:** | Suppression | **Use:** | Suppression |
| **Response Mode:** | Lights and Sirens | **Response Mode:** | () |
| **# of People** | 4 | **# of People** | 4 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:09 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:12:39 | **Enroute** | 05 /08/2025 08:15:31 |
| **Arrived** | 05 /08/2025 08:19:31 | **Arrived** | -- / -- / -- -- : -- : -- |
| **Cancelled** | -- / -- / -- -- : -- : -- | **Cancelled** | 05 /08/2025 08:21:00 |
| **Cleared Scene** | 05 /08/2025 08:47:46 | **Cleared Scene** | -- / -- / -- -- : -- : -- |
| **In Quarters** | -- / -- / -- -- : -- : -- | **In Quarters** | -- / -- / -- -- : -- : -- |
| **In Service** | 05 /08/2025 08:47:46 | **In Service** | 05 /08/2025 08:21:00 |
| **Unit** | E56 | **Unit** | Q31 |
| **Type:** | Engine | **Type:** | Quint |
| **Use:** | Suppression | **Use:** | Suppression |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 4 | **# of People** | 4 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:13:50 | **Enroute** | 05 /08/2025 08:13:21 |
| **Arrived** | -- / -- / -- -- : -- : -- | **Arrived** | -- / -- / -- -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:20:40 | **Cancelled** | 05 /08/2025 08:20:40 |
| **Cleared Scene** | -- / -- / -- -- : -- : -- | **Cleared Scene** | -- / -- / -- -- : -- : -- |
| **In Quarters** | -- / -- / -- -- : -- : -- | **In Quarters** | -- / -- / -- -- : -- : -- |
| **In Service** | 05 /08/2025 08:20:40 | **In Service** | 05 /08/2025 08:20:40 |
| **Unit** | R31 | **Unit** | R36 |
| **Type:** | ALS unit | **Type:** | ALS unit |
| **Use:** | EMS | **Use:** | EMS |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 2 | **# of People** | 2 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:15:37 | **Enroute** | 05 /08/2025 08:14:28 |
| **Arrived** | -- / -- / -- -- : -- : -- | **Arrived** | -- / -- / -- -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:21:09 | **Cancelled** | 05 /08/2025 08:21:03 |
| **Cleared Scene** | -- / -- / -- -- : -- : -- | **Cleared Scene** | -- / -- / -- -- : -- : -- |
| **In Quarters** | -- / -- / -- -- : -- : -- | **In Quarters** | -- / -- / -- -- : -- : -- |
| **In Service** | 05 /08/2025 08:21:09 | **In Service** | 05 /08/2025 08:21:03 |

**Number Of People not on apparatus: 0**

Orange County Fire Rescue : 2023-0007104

## FIRE

| | | | |
|---|---|---|---|
| **Acres Burned** | None or Less Than One | **Acres Burn From Wildland Form** | False |
| **Area Of Fire Origin** | Vehicle storage area; garage, carport | **Heat Source** | Radiated or conducted heat from operating equipment |
| **Item First Ignited** | Box, carton, bag, basket, barrel | **Fire Is Confined To Object Of Origin** | TRUE |
| **Type Of Material** | Cardboard | **Cause Of Ignition** | Unintentional |
| **Factor Contributing To Ignition** | Heat source too close to combustibles. | | |
| **Human Factors Contributing** | None | | |
| **Equipment Involved In Ignition Flag** | True | **Equipment Involved** | Air conditioner |
| **Equipment Power Source** | Electrical line voltage (>= 50 volts) | **Equipment Portability** | Stationary |

## STRUCTURE FIRE

| | | | |
|---|---|---|---|
| **Structure Type** | Enclosed building | **Building Status** | Vacant and secured |
| **# Of Stories At Above Grade** | 1 | **# Of Stories Below Grade** | 0 |
| **Square Feet** | 3276 | **Length** | |
| **Width** | | **Floor Of Origin** | 1 |
| **Fire Spread** | Confined to object of origin | | |
| **Minor Damage** | 0 | **Significant Damage** | 0 |
| **Heavy Damage** | 0 | **Extreme Damage** | 0 |
| **Presence Of Detectors** | Present | **Type Of Detection System** | Smoke |
| **Detector Power Supply** | Hardwire with battery backup | **Detector Operation** | Detector failed to operate |
| **Detector Effectiveness** | | **Detector Failure Reason** | Power failure, hardwired det. shut off, disconnect |

## CUSTOM FIELDS FORM

| | |
|---|---|
| Was this a COVID-19 related call? | |
| Was call this Storm Related? | |
| Did you Correct or Verify the right Battalion (Zone) is selected in Basic Info 3 | |
| Chain Saw Used? | |
| Tarp Used? | |
| Was this a Hazmat Call | |
| How much water was used? | |
| Fire attack methods | |
| Was the PIP used? | No |
| Does the PIP require up-dating? | |
| If PIP requires updates, please explain. | |

## PERSONNEL ON CALL

| Name | Personnel Rank | Role(s) | Apparatus |
|------|---------------|---------|-----------|
| Abad, Carlos | FF | | E56 |
| Bolivar, Christian Jesus | EN/PM | | E56 |
| Braddy, Tyler | FF | | E56 |
| Demps Jr, Rodney | LT/PM | | E56 |
| Diaz Henriquez, Christopher | FF | | E36 |
| Diaz, Jr., Victor | Captain | | CPT7 |
| Farinas, Glenn | FF | | E36 |
| Garcia, Isaiah | FF | | Q31 |
| Garcia, Julisa | FF | | E52 |
| Gault, Jonathan | | | R36 |
| Guerra Machado, Brailen | FF | | E52 |
| Harmon Jr., Jeffrey V | FF/PM | | Q31 |
| Lopez Rodriguez, Allan J. | LT/PM | | B3 |
| Mannix, Joshua | FF | | R31 |
| Mclean, Alexandria | FF/PM | | R36 |
| Mobley, Terry L. | EN/PM | | E52 |
| Morris, Jeffrey C. | LT | | Q31 |
| Perkins, William N. | LT/PM | | E36 |
| San Agustin, Jake | FF | | R31 |
| Suarez, Jeremiah | FF | | E36 |
| Tepatondele Teta Delozege, Fnu | FF | | E52 |
| Vaz, Ricardo | FF/PM | | Q31 |

Member Making Report (LT/PM William N. Perkins): _____

Incident Reviewer (Civilian Jay Porter): _____

# EXHIBIT "B"

## Policyholder   Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| ELECTRICAL  SERVICE  P<br>DBA KINGS ELECTRIC  &  AIR CONDITIO<br>12075 NW 40th St Ste 6<br>Coral Springs<br>Coral Springs,  FL  33065 | (954) 640-6225<br>MACK MACK & WALTZ  INSURANCE  GROUP<br>1211 S Military  Trl Ste 100<br>Deerfield  Bch,  FL  33442-7619 |





THIS IS NOT A BILL

### *Dear Policyholder:*

We know you work hard to build your business.  We work together with your agent,
**MACK MACK & WALTZ  INSURANCE  GROUP   (954) 640-6225**
to help protect the things you care about.  Thank you for selecting us.

Enclosed are your insurance documents consisting of:

**Your Commercial Documents**

- Commercial  Package

To find your specific coverages,  limits of liability,  and premium,  please refer to your
Declarations  page(s).

If you have any questions or changes that may affect your insurance needs,  please
contact your Agent at (954) 640-6225



**Reminders**

- Verify that all information is correct
- If you have any changes,  please contact your
  Agent at (954) 640-6225
- In case of a claim,  call your Agent or  1-844-325-2467

## You Need  To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim,  call  your Agent or  1-844-325-2467*

DS 70 20 01 21

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 28 02 23 | Important Notice - Concealment, Misrepresentation or Fraud |
| CNL90 09 10 22 | Important Notice to Policyholder - Potential Changes to Your Policy Rating Basis |
| CNL90 15 12 23 | Important Notice To Policyholder Changes And/Or Clarifications In Coverage Multistate Endorsements Addressing Cyber, Data Privacy And Order Of Response |
| NP 10 84 11 22 | Important Notice To Policyholder Potential Changes And/Or Clarifications In Coverage Exclusion - PFC/PFAS |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 73 47 11 16 | Premium Determination for Subcontractors |
| NP 74 44 09 06 | U.S. Treasury Department s Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 50 01 07 | Important Audit Information |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| SNI04 01 01 23 | Liberty Mutual Group California Privacy Notice |
| SNI09 02 06 16 | Risk Control Services - Important Information for Florida Policyholders |
| SNI09 07 04 22 | Notice To Policyholders Florida Insurance Guaranty Association (FIGA) Surcharge |
| SNI09 08 03 23 | Important Notice to Florida Policyholders Windstorm Coverage Exclusion |
| SNI90 01 12 21 | Policyholder Notice - Company Contact Information |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNI 90 11 07 18

## REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced  and dedicated  to a high standard  of service.**

**We're Just a Call Away - One Phone Number  to Report All Commercial  Insurance Claims**

Reporting  a new claim  has never  been easier.  A Liberty  Mutual  customer  service  representative  is available  to you 24/7 at  1(844)325-2467  for reporting  new property,  auto, liability  and workers' compensation  claims. With contact  centers strategically  located throughout  the country  for continuity  and accessibility,  we're there when we're needed!

### Additional  Resource for Workers'  Compensation  Customers

In many  states, employers  are required  by law to use state-specific  workers  compensation  claims  forms and posting  notices.  This type of information  can be found  in the Policyholders  Toolkit  section  of our website  along  with other  helpful  resources  such as:

- Direct  links  to state  workers  compensation  websites  where  you can find  state-specific  claim forms

- Assistance  finding  local  medical  providers

- First Fill pharmacy  forms  - part of our managed  care pharmacy  program  committed  to helping injured  workers  recover  and return  to work

Our Policyholder  Toolkit  can be accessed  at **www.libertymutualgroup.com/toolkit.**

For all claims  inquiries  please  call us at  1(844)325-2467  .

© 2018 Liberty Mutual Insurance



**CNI 90 28 02 23**

### IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty  Mutual.  We appreciate  the trust  and confidence  you have placed  in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What  you need to know**

Your renewal  policy  includes  an updated  condition  that permits  us to void your policy  and/or  deny a claim at any point  if you or any insured  concealed  or misrepresented   a material  fact or circumstance,  made incorrect statements  about any material  fact, or engaged  in fraud while  applying  for this policy  or at any time  during the policy  period.

**Reviewing  your coverage**

Please review  your new endorsement   and keep it with  your policy.

**We're here to help**

If you would  like more  information   on this change  or have any other  questions  about your policy,  please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary is for information  purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with  your policy and other applicable endorsements,  provides complete details of your coverages. If this summary conflicts  with  the applicable policy language, the policy language prevails. Carefully  read your policy, including  all endorsements.**

CNL 90 09 10 22

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# POTENTIAL  CHANGES  TO  YOUR  POLICY  RATING  BASIS

Dear  Valued  Policyholder,

Thank  you  for  selecting  us  as  your  carrier  for  your  commercial  insurance.  We  appreciate  your  business  and  the  trust  you  place  in  us  for  your  insurance  needs.

This  notice  explains  potential  changes  to  your  policy  rating  basis.

If  your  policy  rating  basis  includes  sales  or  payroll,  the  exposure  estimates  used  to  calculate  your  premium  may  be  adjusted  on  your  renewal  policy  to  reflect  inflationary  and  market  trends  and  will  apply  to  future  renewals.  This  may  impact  the  premium  we  charge  for  your  renewal  (and  other  associated  charges).  If  you  have  any  exposure  estimate  changes  or  questions,  please  contact  your  agent.



CNL 90 15 12 23

## IMPORTANT  NOTICE TO POLICYHOLDER
## CHANGES AND/OR CLARIFICATIONS  IN COVERAGE
## MULTISTATE  ENDORSEMENTS  ADDRESSING
## CYBER, DATA  PRIVACY  AND ORDER OF RESPONSE

Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility  to our customers seriously,  and part of that responsibility is keeping you informed  at all times.

**What you need to know**

- **CG 04 37 - Loss Of Electronic Data Resulting From Physical Injury To Tangible Property Liability Coverage - Subject To Cyber Incident Exclusion**

  This endorsement is revised to delete provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion and to add a cyber incident exclusion. Addition-ally, the provision "electronic  data that does not result from physical injury to tangible property"  is reworded and relocated as a separate exception to the Electronic Data Exclusion.

  With respect to deletion of the provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion from this endorsement, attachment of this endorsement when Endorsement  **CG 21 06** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (12/2023 edition) is attached to the same policy results in no impact on coverage. However, attachment of this endorsement when Endorsement  **CG 21 08** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (Coverage **B** Only) (12/2023 edition) is attached to the same policy may represent a broadening of coverage.

  With respect to the Cyber Incident Exclusion, attachment of this endorsement when mandatory Endorsement  **CG 40 35** Exclusion - Cyber Incident is attached to the same policy is a reinforce-ment of coverage intent. Otherwise, to the extent that current policy exclusions do not apply to liability arising out of cyber incidents, the changes to this revised endorsement  will result in a reduction  of coverage.

- **CG 21 06 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material  Or Informa-tion**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages"  with "bodily injury" or "property damage"  and add biometric information to the types of material or information addressed in the endorsement. Additionally,  the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring  expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury, property damage and personal and advertising injury arising out of access or disclosure of confidential  or personal material or information,  the various changes in this revised endorsement  are a reinforcement  of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorse-ment result in no impact on coverage.

- **CG 21 08 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material  Or Informa-tion (Coverage B Only)**

  This endorsement is revised, in part, to add biometric information to the types of material or information addressed in the endorsement. Additionally,  the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring  expenses, data restoration  expenses and extortion expenses.

  The changes in this revised endorsement  are a reinforcement  of coverage intent.

©  2023 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



- **CG 21 85 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

    When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **p.** Electronic Data under Coverage **A.**

    Attachment of this endorsement replacing Endorsement **CG 21 07** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data in Coverage **A.** Otherwise, attachment of this endorsement results in reduction of coverage.

- **CG 24 56 - Excess Insurance Provision - Order Of Response - When You Are An Additional Insured On Other Insurance**

    When this endorsement is attached to your policy, Paragraph **b.(1)(b)** of the Other Insurance Condition is revised by deleting the word "primary" so that your CGL policy may be excess over any other policy (whether primary, excess, contingent or on any other basis) for which you have been added as an additional insured.

    Attachment of this endorsement has no impact on coverage, but when you are added as an additional insured to another insurance policy, your own policy limits may potentially be preserved until limits applicable to the other policy on which you were added as an additional insured are exhausted first.

- **CG 40 35 - Exclusion - Cyber Incident**

    When this endorsement is attached to your policy, coverage is excluded under Coverage **A** and Coverage **B** with respect to bodily injury, property damage or personal and advertising injury arising out of a cyber incident.

    To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

### FOR USE WITH THE OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

    This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages" with "bodily injury" or "property damage" and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

    With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

    With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

    When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

    To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

    When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **l.** Electronic Data.

    Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

FOR USE WITH THE PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

  When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

  To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

  When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **I.** Electronic Data.

  Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

**Reviewing your coverage**

Please review your new or revised form(s) and keep it with your policy.

**We're here to help**

If you would like more information on this change or have any other questions about your policy, please contact the broker or agent shown on your Declarations Page.

**The above summary is for information purposes only and does not provide coverage. Your new Declarations Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**

NP 10 84 11 22

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# POTENTIAL  CHANGES  AND/OR  CLARIFICATIONS  IN  COVERAGE
# EXCLUSION  - PFC/PFAS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

Please read your policy, including all endorsements, and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact the broker or agent identified on your declarations page.

This notice does not form a part of your insurance contract. The notice is designed to alert you to a coverage change and/or clarification in your policy.

This notice provides information concerning the following endorsements, which may be attached to your renewal policy being issued by us.

**EXCLUSION  - PFC/PFAS BP 90 99 03 22**

**EXCLUSION  - PFC/PFAS CE 89 69 12 21**

**EXCLUSION  - PFC/PFAS CG 93 74 03 22**

**EXCLUSION  - PFC/PFAS CU 91 94 03 22**

**EXCLUSION  - PFC/PFAS FL 88 45 03 22**

When Exclusion - PFC/PFAS endorsement is attached to your policy, coverage is excluded for liability arising out of perfluorinated compounds or per- and polyfluoroalkyl substances.

Thank you for your business.

ELECTRICAL SERVICE P                            BKS  (25)    63 53 79 60
DBA KINGS ELECTRIC & AIR CONDITIO              From 08/06/2024 To 08/06/2025
12075 N W 40th St Ste 6
Coral Springs, FL 33065


(954) 640-6225
MACK MACK & WALTZ INSURANCE GROUP


1211 S Military Trl Ste 100
Deerfield Bch, FL 33442-7619

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

**(i)** to be an act of terrorism;

**(ii)** to be a violent act or an act that is dangerous to
    **(I)** human life;
    **(II)** property; or
    **(III)** infrastructure;

**(iii)** to have resulted in damage within the United States, or outside of the United States in the case of
    **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
    **(II)** the premises of a United States mission; and

NP 72 42 02 20        © 2020 Liberty Mutual Insurance        **Page 1 of 2**

**(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy.**

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐  I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's  Signature                    Print Name                          Date Signed

_____        _____        _____

Named Insured                                          Policy Number

ELECTRICAL SERVICE P                                   BKS  (25)    63 53 79 60
DBA KINGS ELECTRIC & AIR CONDITIO

Policy Effective/Expiration  Date

From 08/06/2024 To 08/06/2025

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.**

Note: Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.



# IMPORTANT  NOTICE
# NOTICE  TO  POLICYHOLDERS

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

As a construction related insured, a portion of your construction operations may be performed by subcontractors. In order to minimize your loss exposure and reduce your premium charge for subcontracted work, your subcontractors must carry adequate insurance.

**Please read the following carefully to understand:**

1.  **What is an "Adequately Insured Subcontractor"?**

    "A subcontractor that has a valid certificate of insurance showing proof of Commercial General Liability coverage, or its equivalency, with the Named Insured shown as a Certificate Holder and at least $300,000 (Occurrence) limits for the period of time work was performed."

2.  **How do we determine your premium for an "Adequately Insured Subcontractor"?**

    We will use the total cost of the subcontracted work to determine your premium regarding your Commercial General Liability coverage. The resulting premium charge to you will normally be much less than if the subcontractor is uninsured or carries an inadequately limit of insurance.

    In order to meet the requirement of having an "Adequately Insured Subcontractor", you must present satisfactory evidence of subcontractor's insurance by providing us with a valid Certificates of Insurance from your subcontractor, at the time of audit. The certificate must show proof of Commercial General Liability coverage with you as the Certificate Holder and at least $300,000 (Occurrenc e) limit for the period of time that the subcontractor performed work for you.

    If you do not have satisfactory evidence of subcontractors insurance at the time of audit, your subcontractors will be deemed inadequately insured.

3.  **How do we determine your premium for an inadequately insured subcontractor?**

    If you cannot provide satisfactory evidence of the subcontractor's insurance at the time of audit, such as not being able to provide a Certificate of Insurance or the Certificate of Insurance has limits less than $300,000 (Occurrence), we will determine the premium for the inadequately insured subcontractor as follows:

    The subcontractor will be classed according to type of construction operation performed and charged the same as an employee. At the time of audit, we will request that you provide us with the subcontractor's payroll amount and a description of work performed for you.

    If we can not determine the subcontractor's payroll, your premium charge for the inadequately insured subcontractor will be based on the following:

If the insured's records do not disclose a breakdown between material and labor costs, but the total subcontract costs did include materials, use a minimum of 50% of the total cost as the premium basis.

If the subcontractor work was for labor only, use 90% of the total subcontract cost as the rating basis.

4.  **What records and documentation are you required to maintain?**

    Please be sure that you keep clear and accurate records with a breakdown of payrolls and subcontractor costs by type of work performed. In addition, be sure to obtain and save satisfactory evidence of subcontractor's insurance, such as Certificates of Insurance regarding all of your subcontractors.

On the reverse side of the "Important Notice to Policyholders" we have included a helpful Example Subcontractor Worksheet, WS 70 03 06 00, that may assist you to establishing an organized method of monitoring your subcontractor's work and their Certificates of Insurance.

**EXAMPLE**

**Subcontractor Worksheet**

Agency:                                                    Policy Number:

_____

| Name of Subcontractor | Description of Operation | Total Cost Paid to Subcontractor | Cost Paid to Subcontractor for Materials Only | Certificate of Insurance for Workers Comp Coverage | Certificate of Insurance for General Liability with at least $300,000 limits per Occurrence |
|---|---|---|---|---|---|
| | | | | **(Y) or (N)** | **(Y) or (N)** |
| Jones Excavating | Foundations excavated | $15,000 | $5,000 | Y | Y |
| Hart Electrical | Residential Work | $7,000 | $0 | Y | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

WS 70 03 06 00

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage is provided by this Policyholder  Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information  concerning  possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions  policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured, or any person or entity claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National and Blocked Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject to OFAC. When an insurance  policy is considered  to be such a blocked  or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from OFAC. Other limitations   on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 50 01 07

# Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

We would like to thank you for being a policyholder. We appreciate your business.

If your policy contains a condition stating it is subject to a premium audit we would like to take this opportunity to explain how the audit process works and answer the most common questions we receive from our policyholders. The information in this notice will make it easier for you to prepare for your audit.

**Insurance Premium Audit Facts**

Audits can benefit our policyholders by allowing us to collect the appropriate amount of premium for each policy.

Most commercial policies are written based on estimated or fluctuating exposure bases. At the end of the policy term an audit will determine the actual exposure bases and the premium will be adjusted accordingly. A company representative will conduct the audit.

The premium auditor will examine and audit records that relate to your policy. The records necessary to complete the audit will vary, based on the coverages you have. Types of records that may be requested for your audit include, but are not limited to:

- Payroll Records, including 941 forms
- Sales Journals or income statements
- General Ledger
- Cash Disbursements Journal
- Subcontractor Certificates

Keeping accurate and complete records will allow the auditor to properly classify and allocate your exposures correctly. Often there are allowable credits available according to insurance manual classification and rating rules. The premium auditor will be able to give you the credits, to which you are entitled, if your records provide the necessary details. Providing the records your auditor needs can save you time and money as well as expedite the audit process.

**How Audits are Conducted**

Audits are handled in different ways, depending on the types of coverages you may have. We conduct audits in the following ways:

Physical Audit - An auditor will contact you and set up a convenient time to personally come to your business and review your records.

Phone Audit -Forms will be mailed to you, explaining what is necessary to complete a phone audit. The phone auditor will contact you or your bookkeeper for this information.

Voluntary Audit - Forms will be mailed to you for completion. We will provide you with contact information if you need assistance in completing the forms.

NP 74 50 01 07

**Completing the audit**

Many states have enacted legislation that governs the time in which an audit must be completed, billed and paid. This applies to audits for cancelled policies as well as regular audits. In order to comply with state regulations, it is important to make your records available for audit when our representative contacts you. We will make every effort to complete the audit within a reasonable time after the close of the policy period stated in your policy.

**Frequently Asked Questions**
**Q: What if I use subcontractors?**

A: Subcontractors are factored in to the audit process. Subcontractors who do not have insurance are treated as though they are your employees at the time of the audit. If your subcontractor furnishes you with a certificate of liability or workers' compensation insurance, your insurance cost for that subcontractor could be less. See your policy for details on limits of insurance required for certificates.

**Q: I have no employees and work alone. Does the insurance company still need to complete an audit?**

A: Yes. The auditor will need to verify you worked alone by examining business records that may include tax filings, disbursements, and check stubs.

**Q: Do I need an audit if I have cancelled my policy or am no longer insured with you?**

A: An audit may still be necessary even if you no longer have an active policy with us. The audit would cover the time period for which you were insured by us. Other factors that may determine if an audit is necessary include the time the policy was in effect and the amount of premium involved.

**Q: If I use leased employees but the leasing company carries the liability, are the leased employees excluded from my General Liability policy?**

A: No. The manual rules stipulate that all leased employees are covered on the insured's policy.

**Q: Is it necessary to keep records on any casual labor I use?**

A: Yes. Casual labor payroll is examined during the audit.

**Q: What happens if I do not comply with the audit and fail to provide all necessary records and verification?**

A: It's important to provide the necessary information in order to complete the audit. If you fail to do so, your policy may be cancelled or nonrenewed. You may also receive an estimated audit statement based on increased policy exposure estimates due to non- compliance of audit.

If you would like additional information about the policy audit process, your independent agent can assist you. The Premium Audit Department is also available to answer any questions you may have regarding this process.

Please contact us at 1-888-224-9246 or via E-mail at PremiumAuditServices@libertymutual.com

NP 74 50 01 07

NP 89 69 09 21

# IMPORTANT POLICYHOLDER INFORMATION CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

## Available Premium Payment Plans:

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will be charged installment fees. For more information on our EFT-Automatic withdrawals payment option, refer to the attached EFT enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

**LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE**
Commercial Lines (excluding Workers' Compensation)
(Effective January 1, 2023)
(Last Updated November 2022)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/privacy to review the applicable Liberty Mutual privacy notice.

**What Personal Data Do We Collect?**

The types of personal data we gather and share depend on both the product and your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for commercial property insurance. The data we gather can include your Social Security Number, income, transaction data such as account balances and payment history, and data from consumer reports. It may also include data gathered in connection with our provision of insurance services, when you apply for such services, or resulting from other contacts with you. It may also include:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal data**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial data, precise geolocation, medical data, or health insurance data;

- **Protected classification characteristics described in California Civil Code § 1798.80(e)**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;

- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;

- **Professional or employment related information**, including current or past job history;

- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records, and loss history information, health data, or criminal convictions;

- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and

- **Sensitive Data** as defined under the California Privacy Rights Act when used to infer characteristics of an individual.

For information about the types of personal data we have collected in the past twelve (12) months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Do You Gather My Data?**

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| - ask about or buy insurance, or file a claim | - your insurance agent or broker |
| - pay your policy | - your employer, association or business (if you are insured through them) |

| | |
|---|---|
| ● visit our websites, call us, or visit our office | ● our affiliates or other insurance companies about your transactions with them |
| | ● consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | ● other public directories and sources |
| | ● third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjusters and claim handlers |
| | ● other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

Organizations that share data with us may keep it and disclose it to others as permitted by law. For data about how we have gathered personal data in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Do We Use Your Personal Data?**

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. We may use your data and the data of our former customers for our business and other compatible purposes. Our business purposes include, for example:

| **Business Purpose** | **Data Categories** | **Do we share or sell your information as defined by CPRA** |
|---|---|---|
| **Market, sell and provide insurance.** This includes, for example: <br> ● calculating your premium; <br> ● determining your eligibility for a quote; <br> ● confirming your identity and servicing your policy; | ● Identifiers <br> ● Personal Information <br> ● Protected Classification Characteristics <br> ● Commercial Information <br> ● Internet or other similar network activity <br> ● Professional or employment related information <br> ● Inferences drawn from other personal information <br> ● Risk data <br> ● Claims data <br> ● Sensitive Data | ● No |

© 2022 Liberty Mutual Insurance

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Manage your claim.** This includes, for example:<br>● managing your claim, if any;<br>● conducting claims investigations;<br>● conducting medical examinations;<br>● conducting inspections, appraisals;<br>● providing roadside assistance;<br>● providing rental car replacement or repairs; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Day to Day Business and Insurance Operations.**<br>This includes, for example:<br>● creating, maintaining, customizing, and securing accounts;<br>● supporting day-to-day business and insurance related functions;<br>● doing internal research for technology and development;<br>● marketing, advertising and creating products and services;<br>● conducting audits related to a current contact with a consumer and other transactions;<br>● as described at or before the point of gathering personal data or with your authorization; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Security and Fraud Detection.** This includes, for example:<br>● detecting security issues;<br>● protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>● managing risk and securing our systems, assets, infrastructure, and premises;<br>● help to ensure the safety and security of Liberty staff, assets, and resources, which may include physical and virtual access controls and access rights management;<br>● supervisory controls and other monitoring and reviews, as permitted by law; and emergency and business continuity management; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |

© 2022 Liberty Mutual Insurance



| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Regulatory and Legal Requirements.** This includes for example:<br>● controls and access rights management;<br>● to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>● exercising and defending our legal rights and positions;<br>● to meet Liberty contract obligations;<br>● to respond to law enforcement requests as required by applicable law, court order, or governmental regulations;<br>● as otherwise permitted by law; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Improve Your Customer Experience and Our Products.** This includes, for example:<br>● improve your customer experience, our products, and service;<br>● to provide support, personalize, and develop our website, products, and services;<br>● create and offer new products and services; | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Analytics to identify, understand, and manage our risks and products.** This includes, for example:<br>● conducting analytics to better identify, understand, and manage risk and our products; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information;<br>● Risk data<br>● Claims data<br>● Sensitive Data | ● No |

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Customer service and technical support.** This includes, for example:<br>● answer questions and provide notifications;<br>● provide customer and technical support. | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Cross-Context Behavioral Advertising** | ● Identifiers<br>● IP address<br>● Internet or other similar network activity | ● We share this information with service providers such as search engines and social media platforms. |

Liberty Mutual will not collect additional categories of personal information or use the personal information we collected for materially unrelated, or incompatible purposes without updating our notice.

**Do We Disclose Your Personal Data?**

Liberty Mutual does not sell your personal data as defined by California law.

Liberty Mutual shares your personal data as disclosed above. The California privacy law defines sharing as "communicating orally, in writing, or by electronic or other means, a consumers personal information, to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration." This occurs when you visit the Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms. You have the right to opt-out of this type of sharing and you may learn more about those rights at lmi.co/caprivacychoices.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. How we disclose data to these types of entities is set forth below.

Liberty Mutual may disclose personal data with affiliated and non-affiliated third parties, including:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors, and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Advisors including law firms, accountants, auditors, and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliates or service providers conducting actuarial or research studies; and
- As permitted by law.

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data as needed for business purposes:

| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Data |
| Internet or other similar network activity | Professional, employment, and education data |
| Inferences drawn from personal data | Risk Data |
| Claims Data | |



For information about how we have shared personal information in the past twelve (12) months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Long Does Liberty Mutual Retain Each Category of Personal Data?**

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain informatio n relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

**How to Contact Us:**

You can submit requests, seek additional information, or obtain a copy of our Privacy Notice in an alternative format by either:

| | |
|---|---|
| **Calling**: | 800-344-0197 |
| **Email**: | privacy@libertymutual.com |
| **Online**: | Libertymutualgroup.com/privacy-    policy/data-request   lmi.co/caprivacychoices |
| **Postal Address**: | Liberty Mutual Insurance Company |
| | Attn: Privacy Office |
| | 175 Berkeley St. 6th Floor |
| | Boston, MA 02116 |

**SNI 09 02 06 16**

# RISK CONTROL  SERVICES - IMPORTANT  INFORMATION  FOR FLORIDA POLICYHOLDERS

Through  its  Risk  Control  Services  department,  Liberty  Mutual  Insurance  has  safety  consultation  services that  are  available  to policyholders.   We  have  found  that  some  of these  services  are  consistent  with  your workplace  hazards. These services  may  be available  to you as our policyholder  at no additional  cost.

To obtain  further  information   about  our  safety  consultation   services,  please  contact  our  Risk  Control  Con- sulting  Center at 1-866-757-7324  or email  RCConsultingCenter@LibertyMutual.com.

SNI 09 07 04 22

# NOTICE TO POLICYHOLDERS
## FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA) SURCHARGE



We appreciate your business and the trust you have placed in us. We take our responsibilit y to our cus-tomers seriously, and part of that responsibility is keeping you informed at all times.

**What you need to know**

A surcharge has been added to your Policy Declarations page, identified as "FL Insurance Guaranty Associ-ation Assessment (FIGA)". This surcharge reflects the assessment imposed on Liberty Mutual by the Florida Insurance Guaranty Association, Inc., which was created by the Florida legislature to handle the claims of insolvent property and casualty insurance companies.

In some instances, the state may impose multiple surcharges in a given period, depending upon the extent of claims of insolvent property and casualty insurance companies. If there are multiple surcharges, each surcharge will be listed separately on your Policy Declarations. The purpose of the assessment (s) is to secure funds to allow the Association to perform its functions. Insurers are required to recover their pay-ment of such assessments by applying a surcharge on certain policies covering exposures in Florida.

**We're Here to Help**

If you would like more information regarding this change or have any other questions about your policy, please contact your agent or broker shown on your Policy Declarations. Information is also available on the FIGA website  https://figafacts.com/   .

Please read your policy, the endorsements attached to your policy and this notice carefully. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

SNI 09 08 03 23

# IMPORTANT NOTICE TO FLORIDA POLICYHOLDERS
## WINDSTORM COVERAGE EXCLUSION

Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility to our customers seriously, and part of that responsibility is keeping you informed at all times.

**What you need to know**

**You must acknowledge the Windstorm Coverage Exclusion as outlined below:**

Windstorm coverage is excluded from your policy. Your policy will only go into effect on your requested effective date if you provide to the insurer ("us") the following statement on your letterhead, dated and signed by you or your authorized representative. The exclusion of coverage applies for the term of the policy and for each renewal thereafter; changes to the exclusion may be implemented only as of the date of renewal.

Use the following text in your statement to us.

<div style="margin-left:2em;">

    does not want the insurance on its
    at
    to pay for damage from windstorms.
    will be responsible for these costs.
    insurance will not.

    understands and agrees that the exclusion pertains to any windstorm, including hurricane, and to hail; and also understands and agrees that if the property insurance policy covering the structure(s) identified above also provides other property coverages (such as coverage for contents or business interruption), the exclusion will also apply to all such property and coverages in accordance with the terms of the exclusion.

</div>

_____    _____
Printed Name of Policyholder or Authorized Representative    Date

_____
Signature of Policyholder or Authorized Representative

**Mortgageholder and/or Lienholder approval required:**

If a structure(s) to which the windstorm exclusion is to apply is subject to a mortgage or lien, you must also provide to us a written statement from the mortgageholder and/or lienholder indicating that the mortgageholder and/or lienholder approves your election to exclude windstorm coverage on that structure(s), and that it is understood that the exclusion pertains to any windstorm, including hurricane, and to hail.

**Reviewing your coverage**

Please review your 〔new〕〔revised〕 form(s) and keep it with your policy.

**We're here to help**

If you would like more information on this change or have any other questions about your policy, please contact the broker or agent shown on your 〔Declarations〕〔Information〕 Page.

**The above summary is for information purposes only and does not provide coverage. Your new 〔Declarations〕〔Information〕 Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## POLICYHOLDER NOTICE - COMPANY CONTACT INFORMATION

In the event you need to contact someone about this policy for any reason, please contact your Agent or Producer of Record as shown on the policy Declarations or Information Page.

If you have additional questions, you may contact the company at the following address:

**Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**
**+1 (800) 344-0197**



---

**SNI 90 01 12 21**             © 2022 Liberty Mutual Insurance.                         Page 1 of 1

*Coverage is Provided in*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (25) 63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO<br>12075 NW 40th St Ste 6<br>Coral Springs<br>Coral Springs, FL 33065 | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP<br>1211 S Military Trl Ste 100<br>Deerfield Bch, FL 33442-7619 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** ELECTRICAL CONTRACTOR

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES  - CUSTOM PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Inland Marine** | **$944.35** |
| **Commercial General Liability** | **$9,820.23** |

*Total Charges for all of the above coverage parts:* **$10,764.58**
*Certified Acts of Terrorism Coverage:* **$43.00** **(Included)**

*Note: This is not a bill*

## IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-366-6446*

DS 70 21 11 16

Coverage is Provided in

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS   (25)  63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P | (954) 640-6225 |
| DBA KINGS ELECTRIC & AIR CONDITIO | MACK MACK & WALTZ INSURANCE GROUP |
| 12075 NW 40th St Ste 6 | 1211 S Military Trl Ste 100 |
| Coral Springs | Deerfield Bch, FL 33442-7619 |
| Coral Springs, FL 33065 | |

## OTHER NAMED INSUREDS

See Named Insured Endorsement DS8804

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 12075 NW 40th St Ste 6, Coral Springs, FL 33065-7619

0002 4700 Millenia Blvd Ste 175, Orlando, FL 32839-6015

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 20 03 24 | Florida Changes - Cancellation And Nonrenewal |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 21 11 16

Case 6:25-cv-01679    Document 1-1    Filed 08/29/25    Page 46 of 184 PageID 50

Coverages Provided In
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (25)  63 53 79 60**
Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common  Policy  Declarations



| Named Insured | Agent |
|---|---|
| ELECTRICAL  SERVICE  P<br>DBA KINGS ELECTRIC & AIR CONDITIO<br>12075 NW 40th St Ste 6<br>Coral Springs<br>Coral Springs, FL 33065 | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP<br>1211 S Military Trl Ste 100<br>Deerfield Bch, FL 33442-7619 |

## POLICY  FORMS  AND  ENDORSEMENTS  -  CONTINUED

This section lists all of the Forms and Endorsements for your policy.  Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 06 12 23 | Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 40 35 12 23 | Exclusion - Cyber Incident |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 85 00 04 12 | Florida Changes - Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers Goods |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 93 74 03 22 | Exclusion - PFC/PFAS |
| CG 93 81 11 22 | Exclusion - Biometric Information Privacy Claim |
| CG 94 33 05 24 | Amendment Of Representations Condition |
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 60 02 16 | Amendatory Endorsement - Florida |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| CM 76 13 07 13 | Waiver of Theft Deductible |

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 21 11 16**

*Coverage Is Provided In*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (25)  63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P | (954) 640-6225 |
| DBA KINGS ELECTRIC & AIR CONDITIO | MACK MACK & WALTZ INSURANCE GROUP |
| 12075 NW 40th St Ste 6 | 1211 S Military Trl Ste 100 |
| Coral Springs | Deerfield Bch, FL 33442-7619 |
| Coral Springs, FL 33065 | |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CM 88 16 01 11 | Windstorm or Hail Exclusion |
| CM 88 31 10 16 | Contractors  Equipment Extension Plus |
| CM 89 15 06 20 | Variable Deductible Endorsement |
| CM 89 19 06 20 | Valuation Of Equipment Leased Or Rented From Others |
| CM 89 21 08 20 | Replacement Cost Removed On Equipment Older Than Six (6) Years Of Age |
| CM 89 65 08 21 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 88 39 05 20 | Florida Agent Countersignature Endorsement |
| IL 88 53 11 20 | Actual Cash Value |
| IM 20 19 08 09 | Amendatory Endorsement - Florida |
| IM 22 00 07 20 | Amendatory Endorsement -- Fungus Exclusion And Limited Coverage Deleted |
| IM 70 00 04 04 | Contractors  Equipment Coverage |
| IM 71 00 06 04 | Installation Floater Coverage |

*To report a claim,  call your Agent or  1-844-325-2467*

DS 70 21 11 16

Coverage is Provided in the

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Inland Marine Declarations**

Policy Number:
**BKS (25) 63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Contractors Equipment with Small Tools | $606.00 |
| Installation Floater Coverage | $325.00 |
| | |
| Commercial Inland Marine Schedule Totals | $931.00 |
| FL Insurance Guaranty Association Assessment - B (FIGA) | $9.35 |
| Certified Acts of Terrorism Coverage | $4.00 |

*Total Advance Charges:* **$944.35**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

## SCHEDULE OF COVERAGES

## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

[ X ] Scheduled Equipment (Refer to Equipment Schedule)

[ ] Schedule On File

**"LIMIT"**

**Catastrophe Limit --** The most "we" pay
for loss in any one occurrence is:                    $      10,000

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses            $       5,000

**SUPPLEMENTAL COVERAGES**

Employee Tools                                      $       5,000

Equipment Leased or Rented From Others      $      25,000

Newly Purchased Equipment (check one)

    [ X ] Percentage of Catastrophe Limit                    30  %

    [ ] Dollar Limit                            $

Pollutant Cleanup and Removal                 $      25,000

Rental Reimbursement

    -- Reimbursement Limit                     $       5,000

    -- Waiting Period                                72 Hours

Spare Parts and Fuel                          $       5,000

Copyright, American Association of Insurance Services, Inc., 2012



## COINSURANCE (check one)

[ ] 80%     [ ] 90%     [X] 100%     [ ] OTHER    %

## REPORTING CONDITIONS (check if applicable)

[ ] **Equipment Leased or Rented From Others**

    -- Reporting Rate     $

    -- Deposit Premium     $

    -- Minimum Premium     $

## VALUATION (check if applicable)

[ ] Actual Cash Value     [ ] Replacement Cost

[X] Indicated on Equipment Schedule

## DEDUCTIBLE (check one)

[X] Flat Deductible Amount     $    1,000    **

[ ] Percentage Deductible     %

    Maximum Deductible Amount     $

    Minimum Deductible Amount     $

## ADDITIONAL INFORMATION

** This deductible applies to all equipment
unless specified otherwise. Please refer to
the CM 8917 for Varying equipment deductibles

---

**IM 7005 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

COMMERCIAL INLAND MARINE
CM 89 17 06 20

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT
## VALUATION BASIS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

### SCHEDULED EQUIPMENT

**AA** = Agreed Amount        **ACV** = Actual Cash Value        **RP** = Replacement Cost

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| 1 | ACV | Tools-Employees with $2,500 per Item Max | $ 10,000 | 1,000 |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |

CM 89 17 06 20

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

Page 1 of 2

| Item No. | Valuation | Description of Equipment | "Limit" | Deductible |
|---|---|---|---|---|
| _____ | _____ | _____ | $ _____ | _____ |
|  |  | _____ |  |  |
|  |  | _____ |  |  |
| _____ | _____ | _____ | $ _____ | _____ |
|  |  | _____ |  |  |
|  |  | _____ |  |  |

**CM 89 17 06 20**

© 2020 Liberty Mutual Insurance
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**Page 2 of 2**

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial   Inland   Marine**
**Declarations   Schedule**

Coverage Provided

Policy Number:
**BKS   (25)   63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP |

---

## INSTALLATION FLOATER COVERAGE                    -

### PROPERTY COVERED

### (X) Blanket Coverage

|  | Limit |
|---|---|
| Jobsite Limit -- The most "we" pay for loss to any one "jobsite" is: | $ 50,000 |
| Catastrophe Limit -- The most "we" pay for loss to any one occurrence is: | $ 50,000 |

### ( ) Scheduled Locations Coverage

| Loc. No. | Location | Limit |
|---|---|---|
|  |  | $ |
| Catastrophe Limit -- The most "we" pay for loss to any one occurrence is: |  | $ |

### COVERAGE EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $ 5,000 |
| Emergency Removal | 10 days |

### SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Contract Penalty | $ 5,000 |
| Pollutant Cleanup and Removal | $ 10,000 |
| Sewer Backup Coverage | $ 5,000 |
| Storage Locations | $ 5,000 |
| Testing | $ 5,000 |
| Transit | $ 5,000 |

---

*To report a claim, call your Agent or 1-844-325-2467*

**IM 71 05 05 04**

Case 6:25-cv-01679    Document 1-1    Filed 08/29/25    Page 54 of 184 PageID 58

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial    Inland    Marine
Declarations    Schedule**

Policy Number:
**BKS    (25)   63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

**Named Insured**

ELECTRICAL  SERVICE  P
DBA KINGS ELECTRIC & AIR CONDITIO

**Agent**

(954) 640-6225
MACK MACK & WALTZ INSURANCE GROUP



## SUPPLEMENTAL  COVERAGES (cont)

Earthquake Coverage

Earthquake Limit -- The most "we" pay
for loss to any one building or
structure is:                                    $ _____

Earthquake Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:       $ _____

Flood Coverage

Flood Limit -- The most "we" pay
for loss to any one building or
structure is:                                    $ _____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:       $ _____

## DEDUCTIBLE

Deductible Amount                                $ _____500

                                                 Deductible Amount

( )  Earthquake Coverage                         $ _____

( )  Flood Coverage                              $ _____

( )  Sewer Backup Coverage                       $ _____

## COINSURANCE

( ) Not Applicable

( ) 80%        ( ) 90%        (X) 100%        ( ) Other_____%

*To report a claim,  call  your Agent or  1-844-325-2467*

**IM 71 05 05 04**

Coverage is Provided in the
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability**

**Declarations**
Basis: Occurrence

Policy Number:
**BKS   (25)   63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL  SERVICE  P | (954) 640-6225 |
| DBA KINGS ELECTRIC & AIR CONDITIO | MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY  OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 9,684.00 |
| Certified Acts of Terrorism  Coverage | 39.00 |
| FL Insurance Guaranty Association Assessment - B (FIGA) | 97.23 |

*Total Advance Charges:*   **$9,820.23**
*Note: This is not a bill*

*To report a claim,  call your Agent or  1-844-325-2467*

DS 70 22 01 08

Case 6:25-cv-01679 Document 1-1 Filed 08/29/25 Page 56 of 184 PageID 60

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**
**Declarations Schedule**

Policy Number:
**BKS (25) 63 53 79 60**
Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001**  12075 NW 40th St Ste 6, Coral Springs, FL 33065-7619

**Insured:** ELECTRICAL SERVICE P

**CLASSIFICATION -** 91111
Air Conditioning Systems or Equipment - Dealers Or
Distributors And Installation, Servicing or Repair

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 32,500 Dollars Of Payroll | 26.202 | $852.00 |
| | | *Total:* | *$852.00* |
| Products/Completed Operations | | 23.752 | $772.00 |
| | | *Total:* | *$772.00* |

**CLASSIFICATION -** 91111
Air Conditioning Systems or Equipment - Dealers Or
Distributors And Installation, Servicing or Repair

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 12,220 Dollars Of Payroll | 26.202 | $320.00 |
| | | *Total:* | *$320.00* |
| Products/Completed Operations | | 23.752 | $290.00 |
| | | *Total:* | *$290.00* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 10 16**

Case 6:25-cv-01679   Document 1-1   Filed 08/29/25   Page 57 of 184 PageID 61

**Coverage Is Provided In**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

## Commercial  General  Liability
## Declarations  Schedule

Policy Number:
**BKS  (25)  63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL  SERVICE  P<br>DBA KINGS ELECTRIC  &  AIR CONDITIO | (954) 640-6225<br>MACK MACK  &  WALTZ  INSURANCE  GROUP |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

**CLASSIFICATION -**  92478
Electrical  Work - Within Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 32,500  Dollars Of Payroll | 11.442 | $372.00 |
|  | | *Total:* | *$372.00* |
| Products/Completed  Operations | | 7.002 | $228.00 |
|  | | *Total:* | *$228.00* |

**CLASSIFICATION -**  92478
Electrical  Work - Within Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 304,375  Dollars Of Payroll | 11.442 | $3,483.00 |
|  | | *Total:* | *$3,483.00* |
| Products/Completed  Operations | | 7.002 | $2,131.00 |
|  | | *Total:* | *$2,131.00* |

*To report a claim,  call  your Agent or  1-844-325-2467*

DS 70 23 10 16

Case 6:25-cv-01679   Document 1-1   Filed 08/29/25   Page 58 of 184 PageID 62

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations Schedule**

Policy Number:
**BKS (25) 63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P | (954) 640-6225 |
| DBA KINGS ELECTRIC & AIR CONDITIO | MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor s Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Square Feet Of Area - if any | 352.372 | |
| | | Total: | |

*0002*  4700 Millenia Blvd Ste 175, Orlando, FL 32839-6015
**Insured:** ELECTRICAL SERVICE P

**CLASSIFICATION -** 92478
Electrical Work - Within Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON -   Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Payroll - if any | 8.845 | |
| | | Total: | |
| Products/Completed Operations | | 7.002 | |
| | | Total: | |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 10 16

63537960   POLSVCS   400   INSURED COPY   001085   PAGE   44   OF   152

Case 6:25-cv-01679   Document 1-1   Filed 08/29/25   Page 59 of 184 PageID 63

Coverage Provided In
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability Declarations Schedule**

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 92478
Electrical Work - Within Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 60,000 Dollars Of Payroll | 8.845 | $531.00 |
| | | Total: | *$531.00* |
| Products/Completed Operations | | 7.002 | $420.00 |
| | | Total: | *$420.00* |

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing - Maintained By The Insured (Lessor s Risk Only) - For Profit
Products-Completed Operations Are Subject To The General Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 25 Square Feet Of Area | 135.180 | $3.00 |
| | | Total: | *Included* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 10 16**

Case 6:25-cv-01679   Document 1-1   Filed 08/29/25   Page 60 of 184 PageID 64

*Coverage is Provided in the*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial    General    Liability
Declarations    Schedule**

Policy Number:
**BKS    (25)    63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ELECTRICAL SERVICE P<br>DBA KINGS ELECTRIC & AIR CONDITIO | (954) 640-6225<br>MACK MACK & WALTZ INSURANCE GROUP |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Office/Lessor Custom Protector Coverages | See Policy Forms and Endorsements List | $282.00 |

| **Commercial General Liability Schedule Total** | **$9,684.00** |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 10 16**

POLICY NUMBER
**BKS    (25)   63 53 79 60**

Policy Period:
**From 08/06/2024 To 08/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

# Named Insured Endorsement



This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

ELECTRICAL SERVICE P
DBA KINGS ELECTRIC & AIR CONDITIO

MARION PROPERTY MANAGEMENT, LLC

**DS 88 04 03 15**

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or



(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.    Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

the operations being performed by such insured, contractor or subcontractor;

  **(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

  **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012



**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1)  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2)  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

(1)  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)  Property loaned to you;

(4)  Personal property in the care, custody or control of the insured;

(5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.   Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.   Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© Insurance Services Office, Inc., 2012

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.



© Insurance Services Office, Inc., 2012

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.    Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.    Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.    Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

**f.    Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g.    Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.    We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.**    All expenses we incur.

**b.**    Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.**    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.**    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.**    All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.**    Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.**    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.    If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.**    The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.**    This insurance applies to such liability assumed by the insured;

**c.**    The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.**    The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.**    The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.**    The indemnitee:

**(1)**    Agrees in writing to:

**(a)**    Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)**    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)**    Notify any other insurer whose coverage is available to the indemnitee; and

**(d)**    Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

© Insurance Services Office, Inc., 2012

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    (1) "Bodily injury" or "personal and advertising injury":

        (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

        (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

        (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

        (d) Arising out of his or her providing or failing to provide professional health care services.

    (2) "Property damage" to property:

        (a) Owned, occupied or used by;

        (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012

**CG 00 01 04 13**

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

   b. **Excess Insurance**

      (1) This insurance is excess over:

         (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

            (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

            (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

            (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

            (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012

of 152

60

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

© Insurance Services Office, Inc., 2012

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

© Insurance Services Office, Inc., 2012

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL  GENERAL LIABILITY
CG 02 20 03 24

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES -
# CANCELLATION  AND NONRENEWAL

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
ELECTRONIC DATA  LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCT WITHDRAWAL  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART

**A.** Paragraph  **2.** of the **Cancellation**  Common Policy Condition  is replaced  by the following:

   **2. Cancellation  Of Policies In Effect**

     **a. For 60 Days Or Less**

     If this policy  has been in effect for 60 days or less, we may cancel this policy by mailing  or delivering  to the first Named Insured written  notice of cancellation,  accompanied  by the reasons for cancellation,  at least:

     (1) 10 days before the effective  date of cancellation  if we cancel for nonpayment  of premium;  or

     (2) 20 days before the effective  date of cancellation  if we cancel for any other reason, except we may cancel immediately  if there has been:

       (a) A material  misstatement  or misrepresentation;  or

       (b) A failure  to comply with the underwriting  requirements established  by the insurer.

     **b. For More Than 60 Days**

     If this policy  has been in effect for more than 60 days, we may cancel this policy only for one or more of the following  reasons:

     (1) Nonpayment  of premium;

     (2) The policy  was obtained  by a material  misstatement;

     (3) Failure  to comply with underwriting  requirements  established  by the insurer  within 60 days of the effective  date of coverage;

     (4) A substantial  change in the risk covered  by the policy;  or

     (5) The cancellation  is for all insureds  under such policies  for a given  class of insureds.

     If we cancel this policy  for any of these reasons, we will mail or deliver  to the first Named Insured written  notice of cancellation,  accompanied  by the reasons  for cancellation,  at least:

       (a) 10 days before the effective  date of cancellation  if we cancel  for nonpayment  of premium;  or

       (b) 45 days before the effective  date of cancellation  if we cancel  for any of the other reasons  stated in Paragraph **2.b.**

**B.** Paragraph  **3.** of the **Cancellation**  Common Policy Condition  is replaced  by the following:

   **3.** We will mail or deliver  our notice to the first Named Insured  at the last mailing address known  to us.

© Insurance  Services  Office, Inc., 2023

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

      If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 60 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

   **1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

   **2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.



© Insurance Services Office, Inc., 2023

**CG 02 20 03 24**

COMMERCIAL GENERAL LIABILITY
CG 21 06 12 23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

© Insurance Services Office, Inc., 2022

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2., Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

©ISO Properties, Inc., 2003

COMMERCIAL  GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY



**A.** If aggregate  insured  losses attributable  to terrorist  acts certified  under the federal  Terrorism  Risk Insurance  Act exceed $100 billion  in a calendar  year and we have met our insurer deductible  under  the  Terrorism  Risk Insurance Act, we shall not be liable for the payment  of any portion  of the amount  of such losses that exceeds  $100 billion,  and in such case insured  losses up to that amount  are subject to pro rata allocation  in accordance with  procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism"  include the following:

1. The act resulted  in insured  losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject  to the Terrorism  Risk Insurance  Act; and

2. The act is a violent  act or an act that is dangerous  to human  life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce  the civilian  population  of the United  States or to influence  the policy or affect  the conduct  of the United  States Government  by coercion.

**B.** The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for injury  or damage  that is otherwise  excluded  under this Coverage Part.

COMMERCIAL  GENERAL  LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - EXTERIOR INSULATION
# AND  FINISH  SYSTEMS

This  endorsement  modifies  insurance  provided  under  the  following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** This  insurance  does  not  apply  to  "bodily injury",  "property  damage"  or  "personal and  advertising  injury"  arising  out  of, caused  by,  or  attributable  to,  whether  in whole  or in  part,  the  following:

 1. The  design,  manufacture,  construction, fabrication,  preparation,  distribution  and sale,  installation,  application,  mainten- ance  or  repair,  including  remodeling, service,  correction  or  replacement,  of any  "exterior  insulation  and  finish  sys- tem"  or  any  part  thereof,  or  any  sub- stantially  similar  system  or  any  part thereof,  including  the  application  or  use of  conditioners,  primers,  accessories, flashings,  coatings,  caulking  or  sealants in  connection  with  such  a  system;  or

 2. "Your  product"  or  "your  work"  with  re- spect  to  any  exterior  component,  fixture or  feature  of  any  structure  if  an  "ex- terior  insulation  and  finish  system",  or any  substantially  similar  system,  is used  on  the  part  of  that  structure  con- taining  that  component,  fixture  or  fea- ture.

**B.** The  following  definition  is  added  to  the **Definitions**  Section:

 "Exterior  insulation  and  finish  system" means  a  non-load  bearing  exterior  cladding or  finish  system,  and  all  component  parts therein,  used  on  any  part  of  any  structure, and  consisting  of:

 1. A  rigid  or  semi-rigid  insulation  board made  of  expanded  polystyrene  and  oth- er  materials;

 2. The  adhesive  and/or  mechanical  fasten- ers  used  to  attach  the  insulation  board to  the  substrate;

 3. A  reinforced  or  unreinforced  base  coat;

 4. A  finish  coat  providing  surface  texture to  which  color  may  be  added;  and

 5. Any  flashing,  caulking  or  sealant  used with  the  system  for  any  purpose.

©  ISO Properties,  Inc., 2003

COMMERCIAL  GENERAL  LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



The following  exclusion  is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

1.  This insurance  does not apply to "bodily injury", "property  damage" or "personal  and advertising  injury"  arising  out of the rendering  of or failure  to render  any professional services  by you or on your behalf,  but only with  respect  to either  or both of the following operations:

    a.  Providing  engineering,  architectural  or surveying  services  to others  in your capacity  as an engineer,  architect  or surveyor; and

    b.  Providing,  or hiring  independent professionals  to provide,  engineering,  architectural  or surveying  services  in connection  with  construction  work  you perform.

    This  exclusion  applies  even if the claims against  any insured  allege  negligence  or other  wrongdoing  in the supervision,  hiring,  employment,  training  or monitoring  of others  by that  insured,  if the  "occurrence"  which caused  the "bodily  injury"  or "property  damage",  or the offense  which  caused  the "personal  and advertising  injury",  involved  the rendering  of or failure  to render  any professional  services  by you or on your behalf  with respect  to the operations  described  above.

2.  Subject  to Paragraph  **3.** below,  professional services  include:

    a.  Preparing,  approving,  or failing  to prepare  or approve,  maps,  shop  drawings, opinions,  reports,  surveys,  field orders, change  orders,  or drawings  and specifications;  and

    b.  Supervisory  or inspection  activities  performed  as part of any related  architectural  or engineering  activities.

3.  Professional  services  do not include  services within  construction  means,  methods,  techniques,  sequences  and procedures  employed by you in connection  with  your  operations  in your  capacity  as a construction  contractor.

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 40 35 12 23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Bodily injury" or "property damage" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**C.** For the purposes of this endorsement, the following definition is added to the **Definitions** Section:

"Cyber incident" means any:

**1.** Unauthorized access to or use of any computer system.

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

COMMERCIAL  GENERAL LIABILITY
CG 84 94 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONSOLIDATED  INSURANCE  PROGRAMS (WRAP-UP)

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following   exclusion  is added to Paragraphs  **2.** of **Section  I - Coverage  A - Bodily Injury And Property Damage  Liability,  Coverage  B - Personal And Advertising  Injury** and **Coverage  C - Medical  Payments:**

> **2. Exclusions**
>
> This insurance  does not apply  to:
>
> "Bodily  injury",  "property  damage",  "personal  injury and advertising  injury"  or medical  expenses arising  directly  or indirectly  out of your current  ongoing  operations  or included  within  the "pro-ducts-completed  operations  hazard"  at any site or location  where  you  or your subcontractors  or employees  working  on your behalf  are performing  or previously  performed  operations  if any insured  under  this policy  entered  into contracts  or agreements  commonly  referred  to as consoli-dated  insurance  programs  (Wrap-Up)  providing  general liability  coverage  at that site or location.
>
> However,  this exclusion  does not apply  to other jobs or work that you performed  at such site or location  if such other jobs or work were not done as part of contracts  or agreements  commonly referred  to as consolidated  insurance  programs  (Wrap-Up).
>
> This exclusion  applies  whether  or not the consolidated  insurance  programs  (Wrap-Up):
>
> **a.** Provide  coverage  identical  to that provided  by this coverage  part;
>
> **b.** Have limits  adequate  to cover all claims;  or
>
> **c.** Remain  in effect.

**B.** The following   is added to Section  **IV - Commercial  General  Liability  Conditions**  Paragraph  **5. Premium Audit:**

> In computing  premium  for this policy,  we will not include  any payroll  or costs paid to your subcontractors  for work  at any site or location  where  any insured  under  this policy  had entered into contracts  or agreements  commonly  referred  to as consolidated  insurance  programs  (Wrap-Up)  providing  insurance  coverage  at that site or location  prior to your work  at such site or location.
>
> A copy of the consolidated  insurance  program  (Wrap-Up)  certificate  or similar  documents  issued to you verifying  coverage  must be provided  to us when we audit  this policy.

CG 84 94 12 08          Includes copyrighted  material of ISO Properties, Inc., with  its permission.          **Page 1 of 1**

COMMERCIAL  GENERAL LIABILITY
CG 85 00 04 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES  - NON-CUMULATION    OF LIABILITY LIMITS
## SAME  OCCURRENCE



This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  The following  is added to paragraph  **5.** of Section  **III** - Limits  of Insurance:

If an "occurrence"  that results in "bodily  injury"  or "property  damage" includes  continuous  and repeated exposure  to substantially   the same general  conditions   that extend  over more  than one  annual  policy "issued  by us",  the each occurrence  limit  of this policy  shall  be reduced  by the amount  of payments  we have made or have agreed to make under  all policies.

"For  purposes  of this endorsement,   the term "us"  also includes  any other  company  that is or was part of the  Liberty  Mutual  Agency  Corporation   division  of Liberty  Mutual  Group."

©  2012 Liberty Mutual  Insurance. All rights reserved.
Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.

COMMERCIAL  GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL  GENERAL LIABILITY EXTENSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED  AIRCRAFT | 2 |
| NON-OWNED  WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS  - COVERAGES A AND B | 3 |
| ADDITIONAL  INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY-  ADDITIONAL  INSURED EXTENSION | 5 |
| ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL  MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION  - MANAGEMENT  EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY  ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM  OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY  REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST  OTHERS TO US - WHEN REQUIRED IN A CONTRACT  OR AGREEMENT  WITH YOU | 8 |

©  2013 Liberty Mutual Insurance
CG 88 10 04 13          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 8**

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A. NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.** It is not owned by any insured;

**2.** It is hired, chartered or loaned with a trained paid crew;

**3.** The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.** It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B. NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

    **(a)** Less than 52 feet long; and

    **(b)** Not being used to carry persons or property for a charge.

**C. PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.** Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.** The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.** Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability:**

    **a.** The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

    Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

    **(i)** Premises rented to you for a period of 7 or fewer consecutive days; or

    **(ii)** Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

    Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

    A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 88 10 04 13     



**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

    **a.** Any one premise:

        **(1)** While rented to you; or

        **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

    **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and **B,** Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 88 10 04 13                                                                                    **Page 3 of 8**

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

    **(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

    **(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

    **(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

        **(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

        **(b)** The construction, erection, or removal of elevators; or

        **(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**



**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

    **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** The following is added to Paragraph **b. Excess Insurance:**

When a written contract or written agreement, other than a premises lease, facilities rental contract or agreement, an equipment rental or lease contract or agreement, or permit issued by a state or political subdivision between you and an additional insured does not require this insurance to be primary or primary and non-contributory, this insurance is excess over any other insurance for which the additional insured is designated as a Named Insured.

Regardless of the written agreement between you and an additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.



**I.  ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE"**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

**1.** The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

An additional insured under this endorsement will as soon as practicable:

**a.** Give written notice of an "occurrence" or an offense that may result in a claim or "suit" under this insurance to us;

**b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

**c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

**d.** We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured.

**2.** The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of insurance as stated in the Declarations of this policy and defined in **Section III - Limits of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

**J.  WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS / MALPRACTICE**
**WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES**

Paragraph **2.a.(1)** of **Section II - Who Is An Insured** is replaced with the following:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services. However, if you are not in the business of providing professional health care services or providing professional health care personnel to others, or if coverage for providing professional health care services is not otherwise excluded by separate endorsement, this provision (Paragraph **(d)**) does not apply.

Paragraphs **(a)** and **(b)** above do not apply to "bodily injury" or "personal and advertising injury" caused by an "employee" who is acting in a supervisory capacity for you. Supervisory capacity as used herein means the "employee's" job responsibilities assigned by you, includes the direct supervision of other "employees" of yours. However, none of these "employees" are insureds for "bodily injury" or "personal and

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 6 of 8**

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

**K.    NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES**

Paragraph **3.** of Section II - Who Is An Insured is replaced by the following:

3.    Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.    Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

b.    Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.    Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

d.    Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

**L.    FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**M.    KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

**N.    LIBERALIZATION CLAUSE**

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

**O.    BODILY INJURY REDEFINED**

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

3.    "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

**P. EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

    **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**



Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

    **1.** You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

    **2.** The injury or damage occurs subsequent to the execution of the written contract or written agreement.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL  GENERAL LIABILITY
CG 88 60 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.**  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical  Payments,** which  can be attributed only to operations  at a single "location"  owned  by or rented to you:

    **1.**  A separate Each Location General Aggregate Limit applies to each "location",  and that limit is equal to the amount of the General Aggregate  Limit shown in the Declarations.

    **2.**  The Each Location General Aggregate  Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily  injury"  or "property  damage" included in the "products-completed  operations  hazard", and for medical  expenses under Coverage **C** regardless of the number  of:

        **a.**  Insureds;

        **b.**  Claims made or "suits"  brought;  or

        **c.**  Persons or organizations  making claims or bringing  "suits".

    **3.**  Any payments  made under Coverage **A** for damages or under Coverage **C** for medical  expenses shall reduce the Each Location General Aggregate Limit for that "location".  Such payments shall not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other Each Location  General Aggregate  Limit for any other "location".

    **4.**  The limits shown in the Declarations  for Each Occurrence,  Fire Damage and Medical Expense continue  to apply.  However,  instead of being subject to the General Aggregate  Limit shown in the Declarations,  such limits  will be subject to the applicable  Each Location General Aggregate  Limit.

**B.**  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical  Payments,** which  cannot be attributed only to operations  at a single "location"  owned  by or rented to you:

    **1.**  Any payments  made under Coverage **A** for damages or under Coverage **C** for medical  expenses shall reduce the amount  available under the General Aggregate  Limit or the Products-Completed Operations  Aggregate  Limit, whichever  is applicable;  and

    **2.**  Such payments  shall not reduce any Each Location  General Aggregate  Limit.

**C.**  When coverage for liability  arising out of the "products-completed  operations hazard" is provided,  any payments  for damages because of "bodily  injury"  or "property  damage" included in the "products-completed operations hazard" will reduce the Products-Completed  Operations Aggregate  Limit, and not reduce the General Aggregate  Limit nor the Each Location  General Aggregate  Limit.

**D.**  For the purposes of this endorsement,  the following  definition  is added to **Section V - Definitions:**

"Location"  means premises  involving  the same or connecting  lots, or premises  whose connection  is interrupted  only by a street, roadway,  waterway  or right-of-way  of a railroad.

**E.**  The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue  to apply  as stipulated.

COMMERCIAL GENERAL LIABILITY
CG 88 61 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE - CUSTOMERS' GOODS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** items **(3), (4)** and **(6)** do not apply to "property damage" to "customers' goods" while on your premises.

**B.** Under **Section IV - Commercial General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following is added:

The insurance afforded by this endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

**C.** Under **Section V - Definitions,** the following definition is added:

"Customers' goods" means property of your customer on your premises for the purpose of being worked on or used in your manufacturing process.

Nothing contained in this endorsement shall be held to vary, alter, waive, or extend any of the terms, conditions, provisions, agreements or limitations of the policy, other than as stated above.

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 66 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - BORROWED  EQUIPMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage"  to borrowed  equipment  while that equipment  is not being  used to perform  operations  at a job site.

**B.**  Under **Section IV - Commercial  General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive,  or extend any of the terms, conditions,  provisions,  agreements  or limitations   of the policy,  other than as stated  above.

COMMERCIAL  GENERAL LIABILITY
CG 88 77 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following  is added to **Section I - Coverage  C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from the policy, medical  expenses will  be paid only if an insured  has requested  that we pay such expenses.



COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1. "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part, either  directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation, removal,  disposal,  distribution,  handling,  inhalation,  ingestion,  absorption,  or existence of, exposure to or contact  with asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers or asbestos dust; or

2. Any loss, cost or expense  arising  out of any:

   a. Request,  demand,  order,  or statutory  or regulatory  requirement  that any insured  or others  test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers or asbestos dust;  or

   b. Claim  or "suit"  by or on behalf  of a governmental  authority  for damages  because of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers or asbestos  dust.

COMMERCIAL  GENERAL  LIABILITY
CG 93 74 03 22

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - PFC/PFAS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.** The following  exclusion  is added to Paragraph  **2. Exclusions** of **Section  I - Coverage  A - Bodily Injury And Property  Damage Liability** and Paragraph  **2. Exclusions** of **Section  I - Coverage  B - Personal And Advertising  Injury Liability** :

**Perfluorinated  Compounds  Or Per- And Polyfluoroalkyl  Substances**

This insurance  does not apply to:

1. Any liability  arising  out of the actual, alleged,  threatened  or suspected  inhalation  of, ingestion  of, contact  with,  exposure  to, existence  of, or presence  of "PFC/PFAS";  or

2. Any loss, cost, or expense  arising  out of any:

    **a.** Request,  demand,  order, or statutory  or regulatory  requirement  that any insured  or others  test for,  monitor,  clean up, remove,  contain,  treat, detoxify,  neutralize,  remediate,  dispose  of, or in any way respond  to or assess the effects  of "PFC/PFAS"  by any insured  or on behalf  of any person,  entity,  or governmental  authority.

    **b.** Claim or suit by or on behalf  of a governmental  authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  remediat- ing, disposing  of, or in any way assessing  the effects  of "PFC/PFAS".

This exclusion  applies  whether  the substances  listed above are alone or combined  with any other substances  or factors,  whether  included  as a component  part of a product  or otherwise.

This exclusion  applies regardless  whether  such exposure  occurs within  or outside  a building.

**B.** For the purposes  of this endorsement,  the following  definition  is added to the **Definitions** section:

"PFC/PFAS"  means perfluorinated  compounds  (PFC) or per- and polyfluoroalkyl  substances  (PFAS) including,  but not limited  to, perfluorooctanoic  acid (PFOA), perfluorooctane  sulfonic  acid (PFOS), perfluorononanoic  acid (PFNA), perfluorobutyric  acid (PFBA), perfluorobutane  sulfonic  acid (PFBS), perfluoropentanoic  acid (PFPeA), perfluorohexane  sulfonic  acid (PFHxS), GenX, C8 (perfluorinated carboxylic  acid), ADONA, perfluorohexanoic  acid (PFHxA),perfluoroheptanoic  acid (PFHpA), perfluorooctane  sulfonamide  (PFSOA), perfluorodecanoic  acid, (PFDA), perfluorodecane  sulfonate (PFDS), perfluoroundecanoic  acid (PFUnA), perfluorododecanoic  acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic  acid (PFTeDA), or 6:2 fluorotelomer  sulfonate  (6:2 FTS) or any associated  salts, acids, alcohols,  precursor  chemicals  or related  higher  homologue  chemicals.

The addition  of this endorsement  does not imply  that other policy provisions,  including  but not limited  to any pollution  exclusion,  do not exclude  coverage  for PFC-related  or PFAS-related  damages,  expense,  loss, demand,  claim,  liability  or legal obligation.

All other  terms and conditions  of the Policy remain  unchanged.

©  2021 Liberty  Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with  its permission.

COMMERCIAL GENERAL LIABILITY
CG 93 81 11 22

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - BIOMETRIC INFORMATION PRIVACY CLAIM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** under the Commercial General Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner, and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

**B.** The following exclusion is added to Paragraph **C. Exclusions** of **Section I - Coverage** under the Employment Practices Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Employment practices" or "damages" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner, and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

**C.** The following definition is added to the **Definitions** section:

"Biometric information" means any:

**a.** Biometric identifier including, but not limited to, a retina or iris scan, fingerprint, handprint, voiceprint, scan of hand, finger, ear, or face geometry, eye or finger vein verification, handwriting or signature, deoxyribonucleic acid (DNA), or any other personally identifiable measurable biological, physiological, behavioral, or immutable characteristic of an individual or individuals; or

**b.** "Biometric information", including any information, regardless of how captured, converted, stored or shared, which is based on biometric identifiers used to identify an individual.

CG 93 81 11 22 © 2022 Liberty Mutual Insurance Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL  GENERAL LIABILITY
CG 94 33 05 24

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF REPRESENTATIONS  CONDITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



Paragraph **6. Representations**  in **Section IV - Conditions**  is replaced  by the following:

**6.    Concealment,  Misrepresentation   Or Fraud**

We may  void this policy  and/or  deny a claim  if, before  or after  a loss,  you  or any insured:

**a.**    Concealed  or misrepresented   any material  fact or circumstance;   or

**b.**    Made incorrect  statements  or representations   with  regard  to any material  fact or circumstance;   or

**c.**    Engaged  in any fraudulent   conduct;

at the time  of application,   or any time  during  the policy  period.

**AAIS**
**CL 0100 03 99**
**Page 1 of 1**

# COMMON   POLICY CONDITIONS

1. **Assignment --** This policy may not be assigned without "our" written consent.

2. **Cancellation --** "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms - -** A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections --** "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records --** "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

**CL 0100 03 99**

Copyright, American Association of Insurance Services, Inc., 1998

**AAIS**
**CL 0160 02 16**
**Page 1 of 5**

This endorsement changes
the policy
--PLEASE READ THIS CAREFULLY--

# AMENDATORY ENDORSEMENT
## FLORIDA



1.  Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

**Cancellation**

a.  "You" may cancel this policy by:

   1) returning the policy to "us"; or

   2) giving "us" written notice and stating at what date coverage is to stop.

b.  "We" may cancel this policy by delivering or mailing written notice to "you" at the address shown on the "declarations". "Our" notice will state the specific reason(s) for cancellation. Proof of delivery or mailing is sufficient proof of notice.

c.  If this policy has been in effect for 90 days or less, "we" may cancel for any reason.

   1) However:

     a) "We" may cancel this policy based on property insurance claims that are the result of an act of God only if "we" can show, by claims frequency or otherwise, that "you" have failed to take action reasonably necessary as requested by "us" to prevent further damage to "your" property.

     b) "We" may cancel this policy based solely on a single property insurance claim that is the result of water damage only if "we" can demonstrate that "you" have failed to take action reasonably requested by "us" to prevent a future similar occurrence of damage to the insured property.

   2) If "we" cancel for nonpayment of premium, "we" will give "you" notice at least 10 days before the cancellation is to be effective.

3)  Except as provided in 4) below, if "we" cancel for any reason other than nonpayment of premium, "we" will give "you" notice at least 20 days before the cancellation is to be effective.

   However, "we" may cancel immediately if there has been:

   a) a material misstatement or misrepresentation; or

   b) a failure to comply with the underwriting requirements that "we" have established.

4)  If this policy is issued to cover a residential structure that has been damaged by a hurricane or windstorm that is the subject of:

   a) a declaration of emergency issued by the Governor; and

   b) an order filed by the Commissioner of Insurance Regulation;

   "we" may not cancel this policy until at least 90 days after the residential structure has been repaired. Such property will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.

   However, "we" may cancel this policy prior to the completion of repairs as follows:

   a) upon 10 days' notice for nonpayment of premium; or

   b) upon 45 days' notice if:

     (1) there has been a material misstatement or fraud related to the claim;

Copyright, American Association of Insurance Services, Inc., 2015

(2) "we" have determined that "you" have unreasonably caused a delay in the repair of the residential structure; or

(3) "we" have paid the policy "limits" applicable to the covered structure.

d.  If this policy has been in effect for more than 90 days, "we" may cancel based only on one or more of the following reasons:

1) a failure to pay premium when due;

2) a material misstatement;

3) a failure to comply, within 90 days after the date of effectuation of coverage, with underwriting requirements established by "us" before the date of effectuation of coverage;

4) a substantial change in the risk covered;

5) the cancellation is for all insureds for a given class of insureds;

6) property insurance claims that are the result of an act of God, but only if "we" can show, by claims frequency or otherwise, that "you" have failed to take action reasonably necessary as requested by "us" to prevent further damage to "your" property; or

7) one or more property insurance claims that are the result of water damage, but only if "we" can demonstrate that "you" have failed to take action reasonably requested by "us" to prevent a future similar occurrence of damage to the insured property.

Notwithstanding 1) through 7) above, "we" may not cancel based on any reason prohibited by law. If this policy is issued to cover a residential structure or its contents, this includes but is not limited to credit information available in public records.

e.  If this policy has been in effect for more than 90 days and:

1) "we" cancel for nonpayment of premium, "we" will give "you" notice at least 10 days before the cancellation is to be effective;

2) except as provided in 3) and f. below, "we" cancel for one or more of the reasons provided in d.2) through d.7) above, "we" will give "you" notice at least 45 days before the cancellation is to be effective; or

3) this policy is issued to cover a residential structure or its contents, if "we" cancel for any reason other than nonpayment of premium, "we" will give "you" notice at least 120 days before the cancellation is to be effective.

f.  If this policy has been in effect for more than 90 days and is issued to cover a residential structure that has been damaged by a hurricane or windstorm that is the subject of:

1) a declaration of emergency issued by the Governor; and

2) an order filed by the Commissioner of Insurance Regulation;

"we" may not cancel this policy until at least 90 days after the residential structure has been repaired. Such property will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.

However, "we" may cancel this policy prior to the completion of repairs as follows:

1) upon 10 days' notice for nonpayment of premium; or

2) upon 45 days' notice if:

a) there has been a material misstatement or fraud related to the claim;

b) "we" have determined that "you" have unreasonably caused a delay in the repair of the residential structure; or

Copyright, American Association of Insurance Services, Inc., 2015



c) "we" have paid the policy "lim-its" applicable to the covered structure.

g.  If this policy is:

1)  issued to cover a residential structure or its contents; and

2)  "we" cancel for nonpayment of pre-mium which results from failure of the mortgagee to pay the premium when due;

"we" will reinstate the policy retroactive to the date of cancellation if the premium is received not more than 90 days after the due date. By Florida law, the mort-gagee is required to reimburse "you" for any penalty or fee imposed by "us" and paid by "you" for reinstating the policy.

h.  Notwithstanding c. through g. above, if this policy is issued to cover a residential structure or its contents, "we" may can-cel by giving "you" notice at least 45 days before cancellation is effective if the Flor-ida Office of Insurance Regulation finds that the cancellation of some or all of "our" policies covering residential struc-tures or their contents is necessary to protect the best interests of the public or policyholders due to:

1)  "our" financial condition;

2)  the lack of adequate reinsurance cov-erage for hurricane risk; or

3)  other relevant factors;

and the Florida Office of Insurance Regu-lation approves "our" plan for early can-cellation of some or all of "our" policies.

i.  If "you" or "we" cancel this policy, "your" return premium, if any, will be re-funded within 15 business days after the effective date of cancellation unless the final policy premium is determined by au-dit. If the final policy premium is deter-mined by audit, an audit will be per-formed and premium refunded within 90 days from the date of cancellation. If an audit cannot be completed within that

time, "we" will accept audit information that "you" provide and refund any return premium within 10 business days after "we" receive the necessary audit infor-mation from "you". If "we" are unable to obtain audit information due to "your" lack of cooperation, the deposit premium will be considered fully earned. In all cases, if the return premium is $5.00 or less, "we" will not provide a refund un-less "you" expressly request it. Payment or tender of unearned premium is not a condition of cancellation.

2.  Under Common Policy Conditions, the follow-ing condition is added:

**Nonrenewal**

a.  If "we" do not renew this policy, "we" will give "you" notice at the address shown on the "declarations". "Our" no-tice will state the specific reason(s) for nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

b.  "We" may nonrenew this policy for any reason.

However:

1)  "We" may nonrenew this policy based on property insurance claims that are the result of an act of God only if "we" can show, by claims fre-quency or otherwise, that "you" have failed to take action reasonably nec-essary as requested by "us" to pre-vent further damage to "your" prop-erty.

2)  "We" may nonrenew this policy based solely on a single property in-surance claim that is the result of wa-ter damage only if "we" can demon-strate that "you" have failed to take action reasonably requested by "us" to prevent a future similar occurrence of damage to the insured property.

Copyright, American Association of Insurance Services, Inc., 2015

3) "We" may nonrenew this policy based on the filing of claims for sinkhole loss only if:

   a) the total of such claim payments equals or exceeds the policy "limits" of coverage for the policy in effect on the date of loss, for property damage to the covered building(s), as set forth on the "declarations"; or

   b) "you" have failed to repair the structure in accordance with the engineering recommendations made pursuant to Florida law upon which any payment or policy proceeds were based.

4) "We" may not nonrenew for any reason prohibited by law. If this policy is issued to cover a residential structure or its contents, this includes but is not limited to credit information available in public records.

c. Except as provided in d. and e. below, if "we" do not renew this policy, "we" will give "you" notice at least 45 days before the nonrenewal is to be effective.

d. Except as provided in e. below, if this policy is issued to cover a residential structure or its contents, "we" will give "you" notice at least 120 days before the nonrenewal is to be effective.

   However, if the Florida Office of Insurance Regulation finds that the nonrenewal of some or all of "our" policies covering residential structures or their contents is necessary to protect the best interests of the public or policyholders due to:

   1) "our" financial condition;

   2) the lack of adequate reinsurance coverage for hurricane risk; or

   3) other relevant factors;

   and the Florida Office of Insurance Regulation approves "our" plan for early nonrenewal of some or all of "our" policies, "we" will give "you" notice at least 45 days before the nonrenewal is to be effective.

e. If this policy is issued to cover a residential structure that has been damaged by a hurricane or windstorm that is the subject of:

   1) a declaration of emergency issued by the Governor; and

   2) an order filed by the Commissioner of Insurance Regulation;

   "we" will give "you" notice at least 90 days before the nonrenewal is to be effective. The effective date of such nonrenewal will not be less than 90 days after the residential structure has been repaired. A damaged residential structure will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.

   However, "we" may nonrenew this policy prior to the completion of repairs as follows:

   1) upon 10 days' notice for nonpayment of premium; or

   2) upon 45 days' notice if:

      a) there has been a material misstatement or fraud related to the claim;

      b) "we" have determined that "you" have unreasonably caused a delay in the repair of the residential structure; or

      c) "we" have paid the policy "limits" applicable to the covered structure.

3. Under Common Policy Conditions, the following condition is added:

   **Renewal** -- If "we" decide to renew this policy, "we" will give "you" written notice of the renewal premium at least 45 days prior to the renewal date.

Copyright, American Association of Insurance Services, Inc., 2015

**AAIS**
**CL 0160 02 16**
**Page 5 of 5**

4. Under Common Policy Conditions, Inspections is deleted and replaced by the following:

**Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report is not an agreement that "your" property or operations are:

a. safe;

b. healthful; or

c. in compliance with laws, rules, or regulations.

Inspections or reports are for "our" benefit only.

---

**CL 0160 02 16**

Copyright, American Association of Insurance Services, Inc., 2015

**AAIS**
**CL 0600 01 15**
**Page 1 of 1**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED TERRORISM LOSS

1. The following definitions are added.

    a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

        1) to be an act of terrorism;

        2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;

        3) to have resulted in damage:

            a) within the United States; or

            b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

        4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

        5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

    b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

    This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

    If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4. The following provisions are added.

    a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1) exclusions that address war, military action, or nuclear hazard; or

        2) any other exclusion; and

    b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

        1) exclusions that address war, military action, or nuclear hazard; or

        2) any other exclusion.

**CL 0600 01 15**

Copyright, American Association of Insurance Services, Inc., 2015

AAIS
CL 0700 10 06
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS



**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

**a.** any contamination by any virus, bacterium, or other microorganism; or

**b.** any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006

COMMERCIAL INLAND MARINE
CM 76 13 07 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF THEFT DEDUCTIBLE

This endorsement modifies insurance provided under the following:

    CONTRACTORS' EQUIPMENT COVERAGE
    CONTRACTORS' EQUIPMENT COVERAGE - Blanket Equipment Form

The following is added to your policy:

Waiver of Deductible:

In the event of a theft loss to covered "contractors' equipment", we agree to waive up to $10,000 of the applicable deductible if:

**1.** the stolen "contractors' equipment" is "Properly Registered" on the National Equipment Register (NER) database; and

**2.** NER warning decals are on the stolen "contractors' equipment"; at the time of theft. (equipment can be registered with NER by calling 866-663-7872 or at <u>www.NER.net</u> ); and

**3.** Following the theft loss, "you" must:

    **1)** Report the theft to the local law enforcement agency having jurisdiction as soon as "you" become aware of the theft; and

    **2)** Report the claim to "us" in accordance with the terms and conditions of this policy

"Properly Registered" means providing National Equipment Register (NER) with the specific manufacturer, model number, serial number, and year manufactured either through your on-line entry of this information in the NER website or sending this information on an electronic spreadsheet directly to NER prior to the theft.

CM 76 13 07 13    ©  2013 Liberty Mutual Insurance. All rights reserved.    Page 1 of 1

COMMERCIAL INLAND MARINE
CM 88 16 01 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL INLAND MARINE COVERAGE PART**

The following is added to the **PERILS EXCLUDED** section and therefore not a covered cause of loss :

**Windstorm or Hail**



We will not pay for loss or damage:

1. Caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

2. Caused by rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Windstorm or Hail.

But if Windstorm or Hail results in a cause of loss other than rain, snow, sand or dust, and that resulting cause of loss is a covered peril, we will pay for the loss or damage caused by such covered peril. For example, if the Windstorm or Hail damages a heating system and fire results, the loss or damage attributable to the fire is covered subject to any other applicable policy provisions.

CM 88 16 01 11 ©  2011 Liberty Mutual Agency Corporation. All rights reserved. Page 1 of 1

**COMMERCIAL INLAND MARINE**
**CM 88 31 10 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CONTRACTORS' EQUIPMENT EXTENSION PLUS

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE FORM

This endorsement is subject to the provisions of "your" policy which means that it is subject to all of the policy terms, exclusions, limitations and conditions unless specifically deleted, replaced or modified herein.

If loss or damage is covered elsewhere in the policy or other applicable endorsements, the amount payable under this endorsement will apply excess over that payable elsewhere unless otherwise stated. "We" will not pay more than the actual amount of the covered loss or damage.

| Coverage Description | Limit of Insurance |
|---|---|
| | |
| Automatic Replacement Cost | See Valuation |
| Continuing Rental Or Lease Payments | $10,000 per item/$25,000 in any one policy term |
| Equipment Leased, Rented or Borrowed From Others | $100,000 per occurrence |
| Equipment Leased or Rented to Others | $50,000 per occurrence |
| Equipment Loaned To Others | $25,000 per occurrence |
| Fire Department Service Charge | $1,000 per occurrence |
| Hauling Unscheduled "Contractors' Equipment" of Others | $50,000 per occurrence |
| Income Coverage | $25,000 per occurrence |
| Mechanical Breakdown for Computer Equipment Mounted on Contractors' Equipment | $10,000 per item/$50,000 per occurrence |
| Miscellaneous Unscheduled Tools & Equipment | $500 per item/$10,000 per occurrence |
| Recharge of Fire Extinguishing Equipment | $1,000 per occurrence |
| Reward for Recovery of Stolen Equipment | $5,000 per occurrence |
| Waterborne Equipment | $25,000 per occurrence |

**VALUATION**

Paragraphs 1. and 2. of **VALUATION** are replaced by the following:

1. **Replacement Cost**

   a. In the event of loss to covered "contractors' equipment", valuation will be based on replacement cost without any deduction for depreciation if the schedule lists item's model year, and that item's model year is less than 6 years old as of the expiration date of this policy. This applies regardless what valuation is shown on the "equipment schedule" (IM7031).

   b. We will not pay more for Replacement Cost on any covered loss than the lesser of:

© 2016 Liberty Mutual Insurance

   **1)**  The applicable "limit" shown on the equipment schedule;

   **2)**  The cost of repair or replacement with similar materials and used for the same purpose; or

   **3)**  The actual amount "you" spend to repair or replace the damaged or destroyed property.

**c.**  Replacement Cost does not apply until the damaged or destroyed property is repaired or replaced.

**d.**  If the damaged or destroyed property is not repaired or replaced within 180 days following the loss, then Actual Cash Value will apply.

**2.**  **Actual Cash Value**

If Replacement Cost does not apply, then the loss will be based on the Actual Cash Value at the time of loss (with a deduction for depreciation).

## HOW MUCH WE PAY

Paragraph 5. **Coinsurance** is deleted.

## COVERAGE EXTENSIONS

The following **COVERAGE EXTENSIONS** are added:

**1.**  **Continuing Rental Or Lease Payments -**

  **a.**  **Coverage** -- In the event of a direct physical loss caused by a covered peril to covered "contractors' equipment" "you" have rented or leased, "we" pay for "your" legal liability to continue to make rental or lease payments for the rented or leased equipment while it is being repaired or replaced.

  **b.**  **Coverage Limitations** -- Coverage under section a. above only applies:

    **1)**  if "you" are obligated under written contract to continue making rental or lease payments while the covered equipment is being repaired or replaced ; and

    **2)**  "you" have made every reasonable and prompt effort to repair, replace, or rebuild the inoperable equipment after the loss occurs.

  **c.**  **Deductible Does Not Apply** -- The deductible amount indicated on the "schedule of coverages" does not apply to continuing rental or lease payments as covered under this extension.

  **d.**  **Waiting Period** -- "We" will not pay "you" for continuing rental or lease payments until after the first 72 hours following the covered loss to the rented or leased "contractors' equipment".

  **e.**  **Limit** -- The most "we" pay for continuing rental or lease payments is $25,000 in any one 12 month policy term, but no more than $10,000 for any one piece of equipment.

**2.**  **Equipment Leased, Rented or Borrowed From Others -**

  **a.**  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "contractor s' equipment" that "you" lease, rent or borrow from others for which "you" are legally liable.

  **b.**  **Coverage Limitation** -- "We" only cover loss to borrowed equipment that is:

    **1)**  similar to "your" "contractors' equipment"; and

    **2)**  not described on the "equipment schedule" or otherwise scheduled.

  **c.**  **"Limit"** -- The most "we" pay in any one occurrence for loss to leased, rented or borrowed equipment is $100,000, unless a higher "limit" is indicated on the schedule of coverages.

**3.**  **Equipment Leased Or Rented To Others -**

  **a.**  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "your" "contractors' equipment" while "you" rent or lease it to others.

  **b.**  **"Limit"** -- The most "we" pay in any one occurrence for loss to "your" "contractors ' equipment" that "you" lease or rent to others is $50,000.

**4.**  **Equipment Loaned To Others -**

  **a.**  **Coverage** -- "We" pay for direct physical loss caused by a covered peril to covered property that "you" loan to other contractors or individuals.

  **b.**  **Coverage Limitation** -- "We" only cover loss to covered property that "you" loan to others while the property is at a "jobsite" where "you" also operate.



   c.  **"Limit"** -- The most "we" pay in any one occurrence for loss to covered property that "you" loan to others is $25,000.

5.  **Fire Department Service Charges -**

   a.  **Coverage** -- "We" cover "your" liability, assumed by contract or agreement prior to the loss, for fire department service charges. No deductible applies to this Coverage Extension.

   b.  **Coverage Limitations** -- "We" only pay for:

     1)  fire department service charges that relate to covered property at "jobsites"; and

     2)  charges incurred when the fire department is called to save or protect covered property from a covered peril.

   c.  **"Limit"** -- The most "we" pay in any one occurrence for "your" liability for fire department service charges is $1,000.

6.  **Hauling Unscheduled "Contractors' Equipment" of Others -**

   a.  **Coverage** -- "We" pay amounts for which "you" become legally liable because of direct physical loss caused by a covered peril to "contractors' equipment" belonging to others that is in "your" care, custody and control, and that "you" are transporting to or from "your" "jobsite".

   b.  **Coverage Limitation** -- "We" will pay the lesser of the following:

     1)  "Your" legal liability;

     2)  The actual cash value of the property; or

     3)  The cost to repair or replace the property with property of like kind and quality.

   c.  **"Limit"** -- The most "we" pay in any one occurrence for loss to property "you" are hauling is $50,000.

7.  **Income Coverage -**

   a.  **Additional Definitions**

     1)  "Business" means normal business activities involving covered "contractors' equipment."

     2)  "Restoration period" means:

       a)  The time it should take to resume "your" "business" to a similar level, starting on the date of a physical loss of or damage to covered "contractors' equipment" that is caused by a covered peril and ending on the date the property should be repaired or replaced with reasonable speed and similar quality. This time period is not limited by the expiration date of the policy.

       b)  "Restoration Period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that:

         i)  regulates the use or repair of any equipment; or

         ii)  requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   b.  **Coverage** - "We" provide the coverage described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered "contractors' equipment" as a result of a covered peril.

     1)  **Earnings** -- "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred, and continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense.

     2)  **Covered "Contractors' Equipment" Means** -- Covered "contractors' equipment" under this coverage extension means:

       a)  "your" "contractors' equipment"; and

       b)  "contractors' equipment" of others in "your" care, custody, or control that are described and indicated on the "equipment schedule."

   c.  **Exclusions and Limitations -**

     1)  **Fire Extinguishment** -- "We" do not cover expenses incurred to put out a fire.

     2)  **Leases, Licenses, Contracts, Or Orders** -- "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

3) **Strikes, Protests, And Other Interference** -- "We" do not cover any increase in loss due to interference by strikers, protesters, or other persons. This applies to interference with repairing or replacing the equipment or with resuming "your" "business".

4) **Unnecessary Expenses** -- "We" do not cover any expenses that are not necessary during the "restoration period".

5) **Utility Failure** -- "We" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service, regardless of the cause of the failure.

d. **Interruption By Civil Authority -**

1) **Coverage** -- "We" extend "your" coverage for earnings under b.1 above to include loss sustained while access to covered "contractors' equipment" is specifically denied by an order of civil authority.

2) **Coverage Limitation** -- The order of civil authority must be a result of direct physical loss of or damage to property other than to covered "contractors' equipment," and must be caused by a covered peril.

3) **Time Limitation** -- Coverage under this section is limited to two consecutive weeks (14 days) from the date of the order. This does not increase the "limit".

e. **What Must Be Done in Case of Loss -**

1) **Intent To Continue Business** -- If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

f. **Valuation of Earnings -**

1) **Determining An Earnings Loss** -- In determining an earnings loss, "we" consider:

a) the experience of "your" "business" before the loss, and the probable experience of "your" "business" during the time of interruption had no loss occurred;

b) "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level that existed before the occurrence of direct physical loss or damage; and

c) pertinent sources of information and reports including:

i) "your" accounting procedures and financial records;

ii) bills, invoices, and other vouchers;

iii) contracts, deeds, and liens;

iv) reports on feasibility and status; and

v) records documenting "your" budget and marketing objectives and results.

2) **Conditions For Non Payment Of Increased Loss** -- "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes failing to make use of other equipment to reduce the loss.

3) **Loss Payment If "You" Do Not Resume "Your" Business** -- If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, "we" calculate the value of loss payment using an estimate of the period of time it would have taken "you" to resume "your" "business", had "you" resumed it as soon as possible.

g. **Appraisal** -- If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described in the "Contractors' Equipment" Coverage form under **Other Conditions, Appraisal** .

h. **"Limit"** -- The most "we" pay under this extension for loss in any one occurrence is $25,000.



8. **Mechanical Breakdown for Computer Equipment Mounted on Contractors Equipment -**

   a. **Additional Definitions**

   1) "Computer Equipment" means:

      a) "your" electronic data processing equipment mounted in or on "contractors' equipment";

      b) software, meaning "your" data stored on disks, films, memory cards, tapes or similar electronic data processing media;

      c) the electronic data processing media itself; and

      d) computer programs and instructions.

   2) "Mechanical Breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

   b. **Coverage** -- "We" pay for loss to "computer equipment" caused by "mechanical breakdown. "

   c. **"Limit"** -- The most "we" pay in any one occurrence for loss to "computer equipment" is $50,000, but not more than $10,000 per item.

9. **Miscellaneous Unscheduled Tools and Equipment -**

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to unscheduled tools and equipment owned by "you".

   b. **Coverage Limitation** -- "We" only cover tools and equipment owned by "you" while:

   1) at a premises that "you" own or operate;

   2) at "your" "jobsite"; or

   3) in transit to or from "your" premises or "jobsite."

   c. **"Limit"** -- The most "we" pay in any one occurrence under this extension is $10,000, but not more than $500 per item.

10. **Recharge Of Fire Extinguishing Equipment -**

    a. **Coverage** -- "We" cover "your" incurred expenses to recharge automatic fire extinguishing equipment or handheld fire extinguishing equipment.

    b. **Coverage Limitation** -- "We" only cover "your" recharge expenses:

    1) for extinguishing equipment that is mounted or installed on covered property; and

    2) when the extinguishing equipment is discharged to fight a fire or as a result of a covered peril.

    c. **"Limit"** -- The most "we" pay in any one occurrence for "your" recharge expenses is $1,000.

11. **Reward For Recovery Of Stolen Equipment -**

    a. **Coverage** -- "We" pay a reward for information that leads to the recovery of covered property that was stolen during the course of a covered theft.

    b. **"Limit"** -- The most "we" pay in any one occurrence as a reward for information is $5,000, regardless of the number of persons involved in providing the information.

12. **Waterborne Equipment -**

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property while waterborne.

    b. **Limit** -- The most "we" pay in any one occurrence for loss to waterborne property is $25,000.

    c. This extension does not apply to direct physical loss to waterborne property while in transit and in the custody of a carrier for hire.

**COMMERCIAL  INLAND  MARINE**
**CM  89  15  06  20**

This  endorsement  changes  the  Inland  Marine  Coverage.  **PLEASE READ THIS CAREFULLY.**

# VARIABLE DEDUCTIBLE ENDORSEMENT

This  endorsement  modifies  insurance  provided  under  the  following:

CONTRACTORS'  EQUIPMENT  COVERAGE

Paragraph  2. **Flat Deductible**  of **HOW MUCH  WE PAY**  is deleted  in its entirety  and replaced  by the following:

2.  **Flat Deductible**  -- "We"  pay only  that  part  of "your"  loss  that  exceeds  the highest  deductible  for any one  piece of equipment  regardless  of the number  of pieces of equipment  involved  in "your"  loss.

All  other  terms  and conditions  of the policy  remain  unchanged.



CM  89  15  06  20   ©  2020 Liberty Mutual Insurance   **Page 1 of 1**
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

COMMERCIAL INLAND MARINE
CM 89 19 06 20

This endorsement changes the Inland Marine Coverage. **PLEASE READ THIS CAREFULLY.**

# VALUATION OF EQUIPMENT LEASED OR RENTED FROM OTHERS

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE

**VALUATION** is amended to include the following:

5.  **Equipment Leased Or Rented From Others** - The value of equipment leased or rented from others will be based on the lease or rental agreement. If replacement cost is required by the agreement, the value of covered property will be based on replacement cost without any deduction for depreciation. When actual cash value is indicated on the agreement, the property covered will have a deduction for depreciation.

All other terms and conditions of the policy remain unchanged.

CM 89 19 06 20       © 2020 Liberty Mutual Insurance       Page 1 of 1
Includes copyrighted material of the
American Association of Insurance Services, with its permission.

**COMMERCIAL  INLAND  MARINE**
**CM  89 21 08 20**

This endorsement  changes  the Inland  Marine  Coverage.  **PLEASE READ THIS CAREFULLY.**

# REPLACEMENT  COST REMOVED  ON EQUIPMENT  SIX (6) YEARS OF AGE OR OLDER



This endorsement  modifies  insurance  provided  under  the following:

CONTRACTORS' EQUIPMENT COVERAGE

Paragraph  2. **Replacement  Cost** of **VALUATION**  is amended  to include  the following:

2.  **Replacement  Cost**

   d.  **Age Limitation**  - Replacement  Cost no longer  applies  when  any piece of equipment's  model  year is six (6) years of age or older.  When  equipment  is six (6) years of age or older,  valuation  will be based on actual cash value (with  a deduction  for depreciation).

All other  terms  and conditions  of the policy  remain  unchanged.

©  2020 Liberty Mutual Insurance
Includes copyrighted  material of the
American Association of Insurance Services, with  its permission.

COMMERCIAL  INLAND  MARINE
CM  89 65 08 21

This endorsement  changes  the Inland  Marine  Coverage.  **PLEASE READ THIS CAREFULLY.**

# CYBER INCIDENT  EXCLUSION

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  INLAND  MARINE  COVERAGE PART

**A. ADDITIONAL  EXCLUSION:**

The following   is added to EXCLUSIONS:

CYBER INCIDENT - "We"  will  not pay for loss or damage  arising  out of a "cyber  incident".  Such loss or damage  is excluded  regardless  of any other  cause or event that contributes   concurrently   or in any sequence  to the loss.

**B. Limited  Exception  for Fire or Explosion**

If a "cyber  incident"  results  in fire or explosion,  we will  pay for the direct  physical  loss or damage caused by that fire or explosion.

**C. Limited  Exception  for Commercial  Computer  Coverage Form**

Paragraph  **A.** of this endorsement  does not apply to coverage  provided  under the COMMERCIAL COM-PUTER COVERAGE FORM.

**D. Vandalism**

If Vandalism  coverage  is not otherwise  excluded,  the following   is added to vandalism:

Vandalism  does not include  a "cyber  incident".

**E. ADDITIONAL  DEFINITIONS:**

As used in this endorsement:

"Cyber  Incident"  includes:

1. Unauthorized  access to or use of any computer  system  or computer  software  (including  electronic data).

2. Malicious  code, virus  or any other  harmful  code that is directed  at, enacted upon or introduced  into any computer  system  or computer  software  (including  electronic  data) and is designed  to access, alter,  corrupt,  damage,  delete,  destroy,  disrupt,  encrypt,  exploit,  use or prevent  or restrict  access to or the use of any part of any computer  system  or computer  software  (including  electronic  data) or otherwise  disrupt  their  normal  functioning   or operation.

3. Denial  of service  attack which  disrupts,  prevents  or restricts  access to or use of any computer system  or computer  software  (including  electronic  data), or otherwise  disrupts  their  normal  func-tioning  or operation.

All other  terms  and conditions   of the policy  remain  unchanged.

© 2021 Liberty Mutual Insurance                          **Page 1 of 1**
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.



## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 88 39 05 20

# FLORIDA AGENT COUNTERSIGNATURE ENDORSEMENT

**Policy Number:** BKS (25) 63537960

**Company:** Ohio Security Insurance Company

**Named Insured:** ELECTRICAL SERVICE P

This endorsement applies on the policy effective date shown in the Declarations.

*Shawn Nelson*

Countersigning Agent

© 2020 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IL 88 53 11 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

      BUSINESSOWNERS COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      FARM COVERAGE PART

The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to covered property by a Covered Cause of Loss or covered peril:

Actual Cash Value is the amount it would cost to repair or replace, on the date of loss, with material of like kind and quality, with reasonable deduction for physical depreciation and obsolescence, but in no event more than the fair market value.

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciati on is defined as depreciation, including but not limited to the cost of goods, materials, overhead and profit, labor and services necessary to replace, repair or rebuild damaged property. If expense depreciation is applied to loss for damaged property, we shall provide a written explanation as to how the expense depreciation was calculated.

© 2020 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IL 88 53 11 20**               **Page 1 of 1**

**AAIS**
**IM 2019 08 09**
**Page 1 of 1**

This endorsement changes
the policy
**--PLEASE READ THIS CAREFULLY--**

# AMENDATORY ENDORSEMENT
## FLORIDA



1. Under Loss Payment, Your Losses is amended to include the following:

   If "we" have agreed in writing to the settlement of a claim, "we" will pay for that loss within 20 days after such settlement is reached.

2. Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, Or Fraud --** This coverage may be voided if, before or after a loss:

   a. an insured has willfully concealed or misrepresented:

      1) any material fact or circumstance concerning this insurance; or

      2) an insured's interest herein if material.

      This means "we" would not have issued the policy at the premium charged if "we" had known the facts "you" concealed or misrepresented.

   b. there has been fraud or false swearing by an insured with respect to this insurance or the subject thereof.

3. In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us is deleted and replaced by the following:

   b. the suit has been brought within five years after "you" first have knowledge of the loss.

**IM 2019 08 09**

Copyright, American Association of Insurance Services, Inc., 2009

This endorsement changes the Builders' Risk Coverage, Delay In Completion Coverage, and Installation Floater Coverage
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT -- FUNGUS EXCLUSION AND LIMITED COVERAGE DELETED

1. Under Coverage Extensions, Limited Fungus Coverage is deleted.

2. The following applies to IM 7050, IM 7052, IM 7053, and IM 8150, if applicable:

   Under Supplemental Coverages, Ordinance Or Law (Undamaged Parts Of A Building) is deleted and replaced as follows:

   **Ordinance Or Law (Undamaged Parts Of A Building)** - -

   a. **Coverage** -- When a covered peril occurs to covered "buildings or structures", "we" pay for the value of undamaged parts of covered "buildings or structures" that are required to be demolished as a result of the enforcement of any ordinance, law, or decree that:

      1) requires the demolition of undamaged parts of covered "buildings or structures" that are damaged or destroyed by a covered peril;

      2) regulates the construction or repair of "buildings or structures", or establishes building, zoning, or land use requirements at a covered "jobsite"; and

      3) is in force at the time of loss.

   b. **We Do Not Cover** -- "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   c. **Coverage Limitation** -- This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

3. The following applies to IM 7980, if applicable:

   Under Supplemental Coverages, Ordinance Or Law (Undamaged Parts Of A Contract Works) is deleted and replaced as follows:

   **Ordinance Or Law (Undamaged Parts Of A Contract Works)** --

   a. **Coverage** -- When a covered peril occurs to a covered "contract works", "we" pay for the value of undamaged parts of the covered "contract works" that is required to be demolished as a result of the enforcement of any ordinance, law, or decree that:

      1) requires the demolition of undamaged parts of the covered "contract works" that is damaged or destroyed by a covered peril;

      2) regulates the construction or repair of a "contract works", or establishes building, zoning, or land use requirements at a covered "jobsite"; and

      3) is in force at the time of loss.

   b. **We Do Not Cover** -- "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   c. **Coverage Limitation** -- This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

4. The following applies to IM 7050, IM 7052, IM 7053, and IM 8150, if applicable:

   Under Supplemental Coverages, Ordinance Or Law (Increased Cost To Repair And Cost To Demolish/Clear Site) is deleted and replaced as follows:

Copyright, American Association of Insurance Services, Inc., 2020



**Ordinance Or Law (Increased Cost To Repair And Cost To Demolish/Clear Site) --**

a. **Increased Cost To Repair --**

 1) **Coverage** -- When a covered peril occurs to covered "buildings or structures", "we" cover the increased cost to repair, rebuild, or reconstruct:

   a) damaged portions of covered "buildings or structures"; and

   b) undamaged portions of covered "buildings or structures" whether or not those undamaged portions need to be demolished;

   as a result of the enforcement of building, zoning, or land use ordinance, law, or decree and is in force at the time when a covered peril occurs to covered "buildings or structures".

 2) **If The Building Is Repaired Or Rebuilt** -- If covered "buildings or structures" are repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by building, zoning, or land use ordinance, law, or decree.

 3) **Coverage Limitation** -- "We" do not cover the increased cost of construction until the covered "buildings or structures" are actually repaired or replaced, whether at the same or another location, and unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years. The period for repair or replacement may be extended by "us" in writing during the two year period.

b. **Cost To Demolish And Clear Site** -- "We" cover the cost to demolish and clear the site of undamaged parts of the covered "buildings or structures" that are damaged or destroyed by a covered peril. The demolition must be a result of the enforcement of a building, zoning, or land use ordinance, law, or decree that is in force at the time when a covered peril occurs to covered "buildings or structures".

c. **We Do Not Cover** -- "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree:

 1) that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants"; or

 2) "you" were required to comply with before the covered peril occurred to covered "buildings or structures", even if the "buildings or structures" were undamaged and "you" failed to comply with the ordinance, law, or decree.

d. **What We Pay --**

 1) **If The Building Is Repaired Or Replaced At Same Site Or Opt To Build At Another Location** -- If the covered "buildings or structures" are repaired or replaced at the same location or "you" opt to build at another location, "we" pay the lesser of:

   a) the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "buildings or structures", plus the actual increased cost to repair, rebuild, or construct the property but not for more than "buildings or structures" of the same height, floor area, and style at the same location with materials of like kind and quality; or

   b) $50,000.

 2) **If The Building Is Repaired Or Replaced And Required By Ordinance Or Law To Relocate** -- If the covered "buildings or structures" are rebuilt at a new location due to an ordinance or law requirement, "we" pay the lesser of:

Copyright, American Association of Insurance Services, Inc., 2020

a) the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "buildings or structures", plus the actual increased cost to construct "buildings or structures" of the same height, floor area, and style at a new location with materials of like kind and quality; or

b) $50,000.

3) **If The Building Is Not Repaired Or Replaced** -- If the covered "buildings or structures" are not repaired or replaced, "we" pay the lesser of:

a) the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "buildings or structures"; or

b) $50,000.

5. The following applies to IM 7980, if applicable:

Under Supplemental Coverages, Ordinance Or Law (Increased Cost To Repair And Cost To Demolish/Clear Site) is deleted and replaced as follows:

**Ordinance Or Law (Increased Cost To Repair And Cost To Demolish/Clear Site) --**

a. **Increased Cost To Repair --**

1) **Coverage** -- When a covered peril occurs to a covered "contract works", "we" cover the increased cost to repair, rebuild, or reconstruct:

a) damaged portions of the covered "contract works"; and

b) undamaged portions of the covered "contract works" whether or not those undamaged portions need to be demolished;

as a result of the enforcement of building, zoning, or land use ordinance, law, or decree and is in force at the time when a covered peril occurs to the covered "contract works".

2) **If The Contract Works Is Repaired Or Rebuilt** -- If the covered "contract works" is repaired or rebuilt, it must be intended for similar occupancy or use as the current property, unless otherwise required by building, zoning, or land use ordinance, law, or decree.

3) **Coverage Limitation** -- "We" do not cover the increased cost of construction until the covered "contract works" is actually repaired or replaced, whether at the same or another location, and unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years. The period for repair or replacement may be extended by "us" in writing during the two year period.

b. **Cost To Demolish And Clear Site** -- "We" cover the cost to demolish and clear the site of undamaged parts of the covered "contract works" that is damaged or destroyed by a covered peril. The demolition must be a result of the enforcement of a building, zoning, or land use ordinance, law, or decree that is in force at the time when a covered peril occurs to the covered "contract works".

c. **We Do Not Cover** -- "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree:

1) that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants"; or

2) "you" were required to comply with before the covered peril occurred to the covered "contract works", even if the "contract works" was undamaged and "you" failed to comply with the ordinance, law, or decree.



d.  **What We Pay --**

1)  **If The Contract Works Is Repaired Or Replaced At Same Site Or Opt To Build At Another Location** -- If the covered "contract works" is repaired or replaced at the same location or "you" opt to build at another location, "we" pay the lesser of:

a)  the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "contract works", plus the actual increased cost to repair, rebuild, or construct the property but not for more than a "contract works" of the same usage, capacity and function at the same location with materials of like kind and quality; or

b)  $100,000.

2)  **If The Contract Works Is Repaired Or Replaced And Required By Ordinance Or Law To Relocate** -- If the covered "contract works" is rebuilt at a new location due to an ordinance or law requirement, "we" pay the lesser of:

a)  the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "contract works", plus the actual increased cost to construct a "contract works" of the same usage, capacity, and function at a new location with materials of like kind and quality; or

b)  $100,000.

3)  **If The Contract Works Is Not Repaired Or Replaced** -- If the covered "contract works" is not repaired or replaced, "we" pay the lesser of:

a)  the amount "you" actually spend to demolish and clear the site of undamaged parts of the covered "contract works"; or

b)  $100,000.

6.  The following applies to IM 7050, IM 7051, IM 7052, IM 7053, IM 7054, IM 7100, IM 7101, IM 7102, IM 7980, and IM 8150, if applicable:

Under Perils Excluded, Fungus is deleted.

7.  The following applies to IM 7050, IM 7052, IM 7053, IM 7100, IM 7101, IM 7102, IM 7980, and IM 8150, if applicable:

Under Perils Excluded, Contamination Or Deterioration is deleted and replaced by the following:

**Contamination Or Deterioration** -- "We" do not pay for loss or damage caused by or resulting from contamination or deterioration, including but not limited to corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

8.  The following applies to IM 7051 and IM 7054, if applicable:

Under Perils Excluded, Contamination Or Deterioration is deleted and replaced by the following:

**Contamination Or Deterioration** -- "We" do not pay for loss or damage caused by or resulting from contamination or deterioration, including but not limited to corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

9.  The following applies only to IM 7054, if applicable:

Under Other Coverages, Collapse, Limited Fungus Coverage Does Not Increase/Decrease Coverage is deleted.

     Copyright, American Association of Insurance Services, Inc., 2020     **AAIS**

10. The following applies to IM 7050, IM 7051, IM 7052, IM 7053, IM 7054, IM 7100, IM 7101, IM 7102, IM 7980, and IM 8150, if applicable:

Under Other Conditions, Restoration Of Limits is deleted and replaced as follows:

**Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limits".

11. The following applies to IM 7050, IM 7051, IM 7052, IM 7053, IM 7054, IM 7100, IM 7101, IM 7102, IM 7980, and IM 8150, if applicable:

Under Definitions, "fungus" is deleted.

IM 2200 07 20

     Copyright, American Association of Insurance Services, Inc., 2020     **AAIS**

# CONTRACTORS' EQUIPMENT COVERAGE



## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

    "Contractors' equipment" also means:

    a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

    a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

**10.** "Specified perils" means aircraft; civil com-motion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

**a.** personal property in the open; or

**b.** the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling ob-ject.

Water damage means the sudden or acciden-tal discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the wa-ter or steam.

**11.** "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

**12.** "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the cov-ered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**1. Scheduled Equipment --**

**a. Coverage** -- "We" cover direct physical loss caused by a covered peril to:

**1)** "your" "contractors' equipment"; and

**2)** "contractors' equipment" of others in "your" care, custody, or control.

**b. Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

**1)** that are described on the "equipment schedule"; and

**2)** when Scheduled Equipment is indi-cated on the "schedule of cover-ages".

**2. Schedule On File --**

**a. Coverage** -- "We" cover direct physical loss caused by a covered peril to:

**1)** "your" "contractors' equipment"; and

**2)** "contractors' equipment" of others in "your" care, custody, or control.

**b. Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

**1)** that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must con-tain a description of each item to be covered and a "limit" for each item; and

**2)** when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

**1. Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

**2. Contraband** -- "We" do not cover contraband or property in the course of illegal transporta-tion or trade.

**3. Leased Or Rented Property** -- "We" do not cover property that "you" lease or rent to oth-ers.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 3 of 13**



4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

## SUPPLEMENTAL  COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following  Supplemental Coverages indicate an applicable "limit".  This "limit"  may also be shown on the "schedule  of coverages".

If a different  "limit"  is indicated  on the "schedule of coverages", that "limit"  will apply  instead of the "limit"  shown below.

However,  if no "limit"  is indicated  for a Supplemental  Coverage, coverage  is provided  up to the full "limit"  for the applicable covered property unless a different "limit"  is indicated  on the "schedule of coverages".

Unless otherwise  indicated,  a "limit"  for a Supplemental  Coverage provided  below  is separate from, and not part of, the applicable "limit"  for coverage described  under Property Covered.

The "limit"  available for coverage described  under a Supplemental  Coverage:

**a.** is the only "limit"  available for the described coverage;  and

**b.** is not the sum of the "limit"  indicated  for a Supplemental  Coverage and the "limit"  for coverage  described  under Property Covered.

The "limit"  provided  under a Supplemental  Coverage cannot be combined  or added to the "limit" for any other Supplemental  Coverage or Coverage Extension including  a Supplemental  Coverage or Coverage Extension  that is added to this policy by endorsement.

If coinsurance  provisions  are part of this policy, the following  supplemental  coverages  are not subject to and not considered  in applying coinsurance  conditions.

1. **Employee Tools** --

   **a.** **Coverage** -- "We" cover  direct  physical loss caused  by a covered  peril to tools owned by "your"  employees.

   **b.** **Coverage Limitation** -- "We"  only cover tools owned by "your"  employees  while at a:

      1) premises  that "you"  own or operate; or

      2) "jobsite".

   **c.** **Limit** -- The most "we"  pay in any one occurrence  for loss to employee  tools is $5,000.

2. **Equipment Leased Or Rented From Others** --

   **a.** **Coverage** -- "We"  cover  direct  physical loss caused  by a covered  peril to "contractors'  equipment"  that "you"  have leased or rented  from others.

   **b.** **Limit** -- The most "we"  pay in any one occurrence  for equipment  leased or rented from others is $25,000.

3. **Newly Purchased Property** --

   **a.** **Coverage** -- "We"  cover  direct  physical loss caused  by a covered  peril to additional  "contractors'  equipment"  that "you"  purchase during  the policy period.

   **b.** **Limit** -- The most that "we"  pay for any loss under this supplemental  coverage is the least of the:

      1) actual  cash  value  of the covered property;  or

      2) "limit"  for newly purchased  property indicated  on the "schedule  of coverages".  If no "limit"  is indicated,  then 30% of the Catastrophe  Limit indicated  on the "schedule  of coverages" applies  to this coverage.

Copyright, American Association of Insurance Services, Inc., 2004



c. **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;

2) 60 days after "you" obtain the additional "contractors' equipment"; or

3) "you" report the additional "contractors' equipment" to "us".

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4. **Pollutant Cleanup And Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Rental Reimbursement** --

a. **Coverage** -- In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b. **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c. **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or

2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

Copyright, American Association of Insurance Services, Inc., 2004

**6. Spare Parts And Fuel** --

    **a. Coverage** -- "We" cover direct physical loss caused by a covered peril to:

        1) spare parts and accessories for "contractors' equipment"; and

        2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

    **b. Limit** -- The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

**1.** "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    **a. Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

    "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

    **b. Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

    **c. War And Military Action** -- "We" do not pay for loss caused by:

        1) war, including undeclared war or civil war; or

        2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

        3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

    With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

**2.** "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    **a. Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

    But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2004

**b.** **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";

2) others who have an interest in the property;

3) others to whom "you" entrust the property;

4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

5) the employees or agents of **1), 2), 3),** or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**c.** **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

**d.** **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**e.** **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**f.** **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

**g.** **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**h.** **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 8 of 13**

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 9 of 13**



## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

    a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

    b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

    c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

    a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

    b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

    c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs **1.**, **2.**, **3.**, **5.**, **6.**, and **7.** under How Much We Pay, "we" pay the lesser of:

    a. the amount determined under Valuation;

---

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 10 of 13**

---

b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c.  the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

5.  **Coinsurance** --

a.  **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

b.  **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

1)  multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

2)  divide the "limit" for covered property by the result determined in **b.1)** above;

3)  multiply the total amount of loss, after the application of any deductible, by the result determined in **b.2)** above.

The most "we" pay is the amount determined in **b.3)** above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c.  **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d.  **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e.  **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6.  **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7.  **Insurance Under More Than One Policy** --

a.  **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b.  **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1.  **Loss Payment Options** --

a.  **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

1)  pay the value of the lost or damaged property;

2)  pay the cost of repairing or replacing the lost or damaged property;

---

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others** -- If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports** --

a. **You Will Report To Us** -- Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

b. **Cancellation** -- If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment** --

a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

3. **Provisions That Affect How Much We Pay** -- The following provisions apply to reports that are submitted and may affect How Much We Pay:

a. **Failure To Submit Reports** -- If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

IM 7000 04 04

Copyright, American Association of Insurance Services, Inc., 2004

b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

Copyright, American Association of Insurance Services, Inc., 2004

**5. Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

a. "you" or any other insured have willfully concealed or misrepresented:

1) a material fact or circumstance that relates to this insurance or the subject thereof; or

2) "your" interest herein.

b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**6. Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

**7. Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

a. "you" must notify "us" promptly if "you" recover property or receive payment;

b. "we" must notify "you" promptly if "we" recover property or receive payment;

c. any recovery expenses incurred by either are reimbursed first;

d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

**8. Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

**9. Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

**10. Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**11. Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

Copyright, American Association of Insurance Services, Inc., 2004

# INSTALLATION  FLOATER COVERAGE

## AGREEMENT

In return for "your"  payment of the required pre-mium, "we"  provide the coverage described here-in subject to all the "terms"  of the Installation Floater Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifi-cations, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of cover-ages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your"  mean the per-sons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our"  mean the company providing this coverage.

3. "Earth movement"  means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shift-ing, of earth.

4. "Flood"  means flood, surface water, waves, tidal water, or the overflow of a body of wa-ter, all whether driven by wind or not. This includes spray that results from these wheth-er driven by wind or not.

5. "Fungus"  means:

   **a.** a fungus, including but not limited to mil-dew and mold;

   **b.** a protist, including but not limited to al-gae and slime mold;

   **c.** wet rot and dry rot;

   **d.** a bacterium;  or

   **e.** a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

6. "Jobsite"  means any location, project, or work site where "you"  are involved in an in-stallation or construction project.

7. "Limit"  means the amount of coverage that applies.

8. "Pollutant"  means:

   **a.** any solid, liquid, gaseous, thermal, or ra-dioactive irritant or contaminant, includ-ing acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste in-cludes materials to be recycled, re-claimed, or reconditioned, as well as disposed of; and

   **b.** electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9. "Schedule of coverages"  means:

   **a.** all pages labeled schedule of coverages or schedules that pertain to this cover-age; and

   **b.** declarations or supplemental declara-tions that pertain to this coverage.

Copyright, American Association of Insurance Services, Inc., 2004

10. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

11. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

12. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

13. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that "you" are installing, constructing, or rigging as part of "your" installation or construction project.

2. **Coverage Limitations** -- "We" only cover:

   a. materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" completed installation or construction project; and

   b. an installation or construction project at "your" "jobsite".

   However, if Scheduled Locations Coverage is indicated on the "schedule of coverages", "we" only cover an installation or construction project at a "jobsite" that is described on the "schedule of coverages".

3. **Materials, Supplies, Machinery, Fixtures, And Equipment Means** -- Materials, supplies, machinery, fixtures, and equipment means:

   a. "your" materials, supplies, machinery, fixtures, and equipment; and

   b. similar property of others that is in "your" care, custody, or control.

## PROPERTY NOT COVERED

1. **Airborne Property** -- "We" do not cover property while airborne except while in transit on a regularly scheduled airline flight.

2. **Buildings, Structures, And Land** -- "We" do not cover buildings, structures, or land.

   However, "we" do cover property that is part of "your" installation or construction project and is in connection with any building or structure.

IM 7100 06 04

Copyright, American Association of Insurance Services, Inc., 2004

63537960

001085

400

of 152

139

**AAIS**
**IM 7100 06 04**
**Page 3 of 15**

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Machinery, Tools, Equipment** -- "We" do not cover machinery, tools, equipment, or similar property that will not become a permanent part of "your" installation or construction project.

5. **Money And Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6. **Trees, Shrubs, Or Plants** -- "We" do not cover trees, shrubs, plants, or lawns.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** --

   a. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

   b. **We Do Not Cover** -- This coverage does not include costs to:

      1) extract "pollutants" from land or water; or

      2) remove, restore, or replace polluted land or water.

   c. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   d. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   e. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

**IM 7100 06 04**

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7100 06 04
Page 4 of 15



**2. Emergency Removal** --

    **a. Coverage** -- "We" cover any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

    **b. Time Limitation** -- This coverage applies for up to ten days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

**3. Limited Fungus Coverage** --

    **a. Coverage** -- "We" pay for direct physical loss to covered property caused by or relating to the existence of or any activity of "fungus".

    **b. Coverage Limitation** -- "We" only cover loss caused by "fungus":

        1) when the "fungus" is the result of:

            a) a "specified peril" other than fire or lightning; or

            b) "flood" (if the Flood Coverage is provided under this policy);

        that occurs during the policy period; and

        2) if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

    **c. Limit** -- The most "we" pay for all losses at all installation or construction projects is $15,000, unless another "limit" is indicated on the "schedule of coverages". The Limited Fungus Limit applies regardless of the number of claims made.

    The Limited Fungus Limit applies regardless of the number of locations, buildings or structures, or projects insured under this policy.

The Limited Fungus Limit is the most that "we" pay for the total of all loss or damage arising out of all occurrences of "specified perils", other than fire or lightning, or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

**d. If The Policy Period Is Extended** -- If the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding period for the purpose of determining the Limited Fungus Limit.

**e. Recurrence And Continuation Of Fungus** -- Limited Fungus Limit is the most that "we" pay with respect to a specific occurrence of a loss which results in "fungus" even if such "fungus" recurs or continues to exist during this or any future policy period.

**f. Limit Applies To Other Costs Or Expenses** -- Limited Fungus Limit also applies to any cost or expense to:

    1) clean up, contain, treat, detoxify, or neutralize "fungus" on covered property or remove "fungus" from covered property;

    2) remove and replace those parts of covered property necessary to gain access to "fungus"; and

    3) test for the existence or level of "fungus" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus" is present.

**g. Loss Not Caused By Fungus** -- If there is a covered loss or damage to covered property not caused by "fungus", loss payment will not be limited by the "terms" of this coverage extension. However, to the extent that "fungus" causes an increase in the loss, that increase is subject to the "terms" of this coverage extension.

IM 7100 06 04

Copyright, American Association of Insurance Services, Inc., 2004

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Contract Penalty** --

   a. **Coverage** -- "We" pay for the cost of contractual penalties for non-completion that "you" are assessed or are required to pay because "you" are unable to complete work on a covered installation or construction project in accordance with the terms or conditions of the installation or construction contract.

   b. **Coverage Limitation** -- "Your" inability to complete "your" installation or construction project on time must be as a direct result of a loss by a covered peril to a covered installation or construction project.

   c. **Limit** -- The most "we" pay in any one occurrence for all contractual penalties is $5,000.

2. **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property.

3. **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property.

4. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

IM 7100 06 04

Copyright, American Association of Insurance Services, Inc., 2004



However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5. **Sewer Backup Coverage** --

a. **Coverage** -- "We" cover direct physical loss to a covered installation or construction project caused by:

1) water that backs up through a sewer or drain; or

2) water below the surface of the ground including water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

b. **Limit** -- The most "we" pay in any one occurrence for loss caused by sewer backup and water below the surface is $5,000.

6. **Storage Locations** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation or construction project while they are at a storage location that is not described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to property at a storage location is $5,000.

7. **Testing** --

a. **Coverage** -- "We" cover direct physical loss to covered property caused by a covered peril that results from testing.

Testing includes start-up, performance, stress, pressure, or overload testing of materials, supplies, machinery, fixtures, and equipment that will become a permanent part of a covered installation or construction project.

b. **Limit** -- The most "we" pay in any one occurrence for loss resulting from testing is $5,000.

8. **Transit** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation or construction project while they are in transit.

b. **Limit** -- The most "we" pay in any one occurrence for loss to property in transit is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

Copyright, American Association of Insurance Services, Inc., 2004

a.  **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b.  **Earth Movement Or Volcanic Eruption** -- Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

This exclusion does not apply to covered property while in transit.

c.  **Flood** -- Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood".

"We" do cover direct loss by fire, explosion, or sprinkler leakage resulting from "flood".

This exclusion does not apply to covered property while in transit.

d.  **Fungus** -- Except as provided under Coverage Extensions - Limited Fungus Coverage, "we" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus".

But if "fungus" results in a "specified peril", we cover loss or damage caused by that "specified peril".

This exclusion does not apply to:

1)  loss that results from fire or lightning; or

2)  collapse caused by hidden decay.

e.  **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

f.  **Ordinance Or Law** -- "We" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

"We" do not pay for loss regardless if the loss is caused by or results from the:

1)  enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or

2)  increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following a direct physical loss to the property.

g.  **Penalties** -- Except as provided under Supplemental Coverages - Contract Penalty, "we" do not pay for loss caused by penalties for non-completion or non-compliance with any contract terms or conditions.

Copyright, American Association of Insurance Services, Inc., 2004

**h. Sewer Backup And Water Below The Surface** -- Except as provided under Supplemental Coverages - Sewer Backup Coverage, "we" do not pay for loss caused by:

1) water that backs up through a sewer or drain; or

2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

"We" do cover direct loss by fire, explosion, or theft resulting from either water that backs up through a sewer or drain or water below the surface of the ground.

This exclusion does not apply to covered property while in transit.

**i. War And Military Action** -- "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or

2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

**2.** "We" do not pay for loss or damage that is caused by or results from one or more of the following:

**a. Contamination Or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**b. Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";

2) others who have an interest in the property;

3) others to whom "you" entrust the property;

4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

5) the employees or agents of **1), 2), 3),** or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

---

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7100 06 04**
**Page 9 of 15**

c. **Defects, Errors, And Omissions** -- "We" do not pay for loss caused by:

1) an act, defect, error, or omission (negligent or not) relating to:

a) design or specifications;

b) workmanship or construction; or

c) repair, renovation, or remodeling; or

2) a defect, weakness, inadequacy, fault, or unsoundness in materials.

But if a defect, error, or omission as described above results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

d. **Electrical Currents** -- "We" do not pay for loss caused by arcing or by electrical currents other than lightning.

But if arcing or electrical currents other than lightning result in a covered peril, "we" do cover the loss or damage caused by that covered peril.

However, this exclusion does not apply to loss resulting from testing as specifically provided under Supplemental Coverages - Testing.

e. **Explosion, Rupture, Or Bursting** -- "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines.

This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

f. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

g. **Mechanical Breakdown** -- "We" do not pay for loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force.

But if a mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

However, this exclusion does not apply to loss resulting from testing as specifically provided under Supplemental Coverages - Testing.

h. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

i. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

j. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

**IM 7100 06 04**

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7100 06 04**
**Page 10 of 15**

**k.** **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

**l.** **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

**1.** **Notice** -- In case of a loss, "you" must:

**a.** give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

**b.** give notice to the police when the act that causes the loss is a crime.

**2.** **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

**a.** **Payment Of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

**b.** **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

**3.** **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

**a.** the time, place, and circumstances of the loss;

**b.** other policies of insurance that may cover the loss;

**c.** "your" interest and the interests of all others in the property involved, including all mortgages and liens;

**d.** changes in title of the covered property during the policy period; and

**e.** estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

**4.** **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

**5.** **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

**6.** **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

**7.** **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

**8.** **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

**IM 7100 06 04**

Copyright, American Association of Insurance Services, Inc., 2004

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cost To Repair, Replace, Or Rebuild** --

   a. **The Value Will Be Based On** -- The value of covered property will be based on the lesser of the following amounts:

      1) The actual cost to repair, replace, or rebuild the covered property with materials of like kind and quality. The actual cost may include material, labor, reasonable overhead and profit, and delivery charges.

      2) The amount "you" actually spend to repair, replace, or rebuild the covered property.

   b. **Payment Limitation** -- In no event will "we" pay more than the "limit" indicated on the "schedule of coverages".

2. **Pair Or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not pay for more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single loss. This 168-hour period is not limited by the policy expiration.

4. **Loss Settlement Terms** -- Subject to paragraphs **1., 2., 3., 5., 6.,** and **7.** under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

5. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

IM 7100 06 04

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7100 06 04**
**Page 12 of 15**



2) divide the "limit" for covered property by the result determined in **b.1)** above;

3) multiply the total amount of loss, after the application of any deductible, by the result determined in **b.2)** above.

The most "we" pay is the amount determined in **b.3)** above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy** --

a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

1) pay the value of the lost or damaged property;

2) pay the cost of repairing or replacing the lost or damaged property;

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

**IM 7100 06 04**

Copyright, American Association of Insurance Services, Inc., 2004

b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received; and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

a. **Adjustment And Payment Of Loss To Property Of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

a. **Your Death** -- On "your" death, "we" cover the following as an insured:

1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

2) "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7100 06 04**
**Page 14 of 15**

**5. Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

**a.** "you" or any other insured have willfully concealed or misrepresented:

1) a material fact or circumstance that relates to this insurance or the subject thereof; or

2) "your" interest herein.

**b.** there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**6. Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

**7. Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.** "you" must notify "us" promptly if "you" recover property or receive payment;

**b.** "we" must notify "you" promptly if "we" recover property or receive payment;

**c.** any recovery expenses incurred by either are reimbursed first;

**d.** "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

**e.** if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

**8. Restoration Of Limits** -- Except as indicated under Limited Fungus Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

**9. Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

**10. Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

**a.** all of the "terms" of this coverage have been complied with; and

**b.** the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**11. Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**12. Carriers For Hire** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

## ADDITIONAL COVERAGE LIMITATIONS

**When Coverage Ceases** -- Coverage ends when one of the following first occurs:

**1.** this policy expires or is canceled;

**2.** the covered installation or construction project is accepted by the purchaser;

**IM 7100 06 04**

Copyright, American Association of Insurance Services, Inc., 2004

3. "your" insurable interest in the covered property ceases;

4. "you" abandon the installation or construction project with no intent to complete it;

5. the installation or construction project has been completed for more than 30 days; or

6. the covered property has been put to its intended use. However, this does not apply to roofs or walls.

Copyright, American Association of Insurance Services, Inc., 2004

# EXHIBIT "C"

## Liberty Mutual
### INSURANCE

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014
Fax: 888-268-8840

July 1, 2025

JERRY DAVIS
7415 Pointe Venezia Dr
Orlando, FL 32836-3751

| | |
|---|---|
| Claim Number | 24261668 |
| Insured: | ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO |
| Date of Loss: | May 7, 2025 |
| Underwriting Company: | Ohio Security Insurance Company |
| Claimant: | JERRY DAVIS |

**Re:** Denial of Claim Liability

Dear JERRY DAVIS:

After careful consideration, it has been determined that ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO is not legally responsible for this accident; therefore, your claim will be denied.

Pursuant to our conversation, the cause and origin of the fire have not been proven to date. The fire department report indicated that a heat source was too close to combustibles, however the photos do not show any heat sources near the garage door. In addition to this we were not provided the opportunity to inspect the location and it was indicated that another sub contractor was also working at the home.

We are confident that we have done everything we can to assist you with your claim. Although we understand you may be disappointed by this decision, our obligation is to pay only those claims for which ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO is legally responsible. If you have additional information you would like us to consider, please send it to me immediately.

This letter should not be construed as a waiver of any liability arguments, defenses or applicable statute of limitations.

If you have any questions, please do not hesitate to contact me.

JERRY DAVIS
July 1, 2025
Page 2

Sincerely,

Danielle Noll
Claims Resol Spec III, Cas
Tel: 518-389-3996
Email: Danielle.Noll@libertymutual.com

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014

JERRY  DAVIS
7415 Pointe Venezia Dr
Orlando, FL 32836-3751

JERRY  DAVIS
7415 Pointe Venezia Dr
Orlando, FL 32836-3751

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014

# EXHIBIT "D"

DOUGLAS S. ALLISON, ESQUIRE
ALEXANDER K. BEG, ESQUIRE
STEVEN D. EISENBAND, ESQUIRE
THOMAS U. GRANER, ESQUIRE
ERIC R. KEMPER ESQUIRE
JASON S. PEREZ, ESQUIRE
STEVEN K. PLATZEK, ESQUIRE
JOSHUA A. SAUER ESQUIRE



# Graner Platzek & Allison, P.A.

## ATTORNEYS AT LAW

1699 SOUTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA 33432

TELEPHONE (561) 750-2445
FACSIMILE (561) 750-2446
WWW.GRANERLAW.COM

July 14, 2025

***Via Certified Mail and Email*** (Danielle.Noll@libertymutual.com)
Danielle Noll
Liberty Mutual Insurance
P.O. Box 5014
Scranton, PA 18505-5014

| | |
|---|---|
| **RE:** | **Formal Dispute of Claim Denial** |
| Insured: | Electrical Service Professionals, Inc. d/b/a Kings Electric & Air Conditioning |
| Claimant: | Jerry Davis |
| Claim No.: | 24261668 |
| Date of Loss: | May 7, 2025 |
| Underwriter: | Ohio Security Insurance Company |

Dear Ms. Noll:

Please be advised that this firm represents the insured, Electrical Service Professionals, Inc. d/b/a Kings Electric & Air Conditioning ("Kings Electric"), in the above-referenced matter. We are in receipt of your letter (dated July 1, 2025) denying the claim for the loss that occurred on May 7, 2025. We are writing to formally dispute this denial, as it is based on incorrect assumptions and a misapplication of duties.

Your letter asserts that Liberty Mutual Insurance was not provided an opportunity to inspect the location. We understand that the claimant, Jerry Davis, may have obstructed your investigator's access to the site on or about May 12, 2025. However, this act of obstruction was undertaken by the claimant, not by our client. Kings Electric has no control over the claimant or the property and cannot be held responsible for the claimant's decision to impede your investigation. A claimant's potential non-cooperation is a separate issue and does not serve as a valid basis to determine that our client is not legally responsible for the loss.

Further, your denial is improperly based on the unproven theory that another subcontractor could be responsible. Kings Electric was the sole and final trade professional to work on the electrical components that were the point of origin for the fire. The presence of other subcontractors performing unrelated work elsewhere on the property is irrelevant to determining the cause of this electrical fire. Theses facts are supported by the enclosed incident report from

Liberty Mutual Insurance
July 14, 2025
Page 2

Orange County Fire Rescue.

Under Florida law, the facts of this case give rise to a presumption of negligence under the doctrine of *res ipsa loquitur*. See Goodyear Tire & Rubber Co. v. Hughes Supply, Inc., 358 So. 2d 1339, 1341 (Fla. 1978). An electrical fire does not ordinarily occur in the absence of negligence. The instrumentality that caused the fire—the electrical box and its components—was under the exclusive control of Kings Electric at the time of service; this fact is undisputed. Finally, there is no evidence to suggest that the claimant, Mr. Davis, contributed to the cause of the fire. Therefore, Kings Electric's legal responsibility can be inferred from the circumstances of the event itself, even without a definitive report on the specific point of failure. Given that the circumstances create a clear presumption of liability, the denial of this claim is improper and constitutes a breach of the Carrier's duty to its insured.

The denial of this claim constitutes a failure to act in good faith to settle a claim when, under the circumstances, you could and should have done so. Please be advised that these actions may constitute a violation of Fla. Stat. § 624.155(1)(b)(1). If this matter is not resolved, our client intends to pursue all available remedies, including filing a formal Civil Remedy Notice with the Department of Financial Services as a condition precedent to bringing an action for bad faith.

We hereby demand that you retract your denial and accept coverage for this claim. **Please provide a written response confirming your acceptance of the claim within fifteen (15) days of your receipt of this letter**. This letter does not waive any of the rights or remedies available to our client under the law or its insurance policy.

Sincerely,

Thomas U. Graner

TUG:akb
Encl:  Orange County Fire Rescue Incident Report

## Graner Platzek & Allison, P.A.
### ATTORNEYS AT LAW



| | |
|---|---|
| Location:<br>**7415 POINTE VENEZIA DR<br>UNINCORPORATED FL 32836**<br><br>Lat/Long:<br>**N 28° 25' 4.12"<br>W 81° 29' 11.36"**<br><br>Zone:<br>**7 - Battalion 7**<br>Location Type: **1 - Street address**<br>Population Density: **Urban** | Incident Type:<br>**111 - Building fire**<br><br>FDID: **07252**<br>Incident #: **2025-0056710**<br>Exposure ID: **84895481**<br>Exposure #: **0**<br>Incident Date: **05/08/2025**<br>Dispatch Run #: **251280143** |

**Orange County Fire Rescue**
Station: **31**
Shifts Or Platoon: **C Shift**

| | | | | |
|---|---|---|---|---|
| **Report Completed by:** | Perkins , William N. | **ID:** 112473 | **Date:** 05/08/2025 | |
| **Report Reviewed by:** | Porter , Jay | **ID:** 136894 | **Date:** 05/09/2025 | |
| **Report Printed by:** | Miller, Nicole | **ID:** 128898 | **Date:** 5/12/2025 | **Time:** 15:22 |

| | |
|---|---|
| Structure Type: **Enclosed building** | Property Use: **419 - 1 or 2 family dwelling** |

Automatic Extinguishment System Present: ☐ | Detectors Present: ☑ | Cause of Ignition: **Unintentional**

| | | |
|---|---|---|
| Aid Given or Received: | **None** | Primary action taken: **87 - Investigate fire out on arrival** |

| **Losses** | | **Pre-Incident Values** | | | | |
|---|---|---|---|---|---|---|
| Property: | **$7,500.00** | Property: | **$1,145,000.00** | Civilian Injuries: | 0 | Fire Service Injuries: | 0 |
| Contents: | **$1,500.00** | Contents: | **$5,000.00** | Civilian Fatalities: | 0 | Fire Service Fatalities: | 0 |
| Total: | **$9,000.00** | Total: | **$1,150,000.00** | Total Casualties: | 0 | Total Fire Service Casualties: | 0 |

| | | | |
|---|---|---|---|
| Total # of apparatus on call: | 8 | Total # of personnel on call: | 22 |

**Narrative from dispatch:**

HOUSE

---

**NARRATIVE (2)**

**Narrative Title:** n/a

**Narrative Author:** Mobley, Terry

**Narrative Date:** 05/08/2025 09:08:31

**Narrative Apparatus ID:** E52

**Narrative:**
cancelled

---

**NARRATIVE (3)**

**Narrative Title:** n/a

**Narrative Author:** Gault, Jonathan

**Narrative Date:** 05/08/2025 10:22:52

**Narrative Apparatus ID:** R36

**Narrative:**
R36 responding to house fire, downgraded and cancelled enroute. Returned to service

## NARRATIVE (4)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:44

**Narrative Apparatus ID:** B3

**Narrative:**

cx

## NARRATIVE (5)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:50

**Narrative Apparatus ID:** CPT7

**Narrative:**

cx

## NARRATIVE (6)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:16:58

**Narrative Apparatus ID:** E56

**Narrative:**

cx

## NARRATIVE (7)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:17:03

**Narrative Apparatus ID:** Q31

**Narrative:**

cx

## NARRATIVE (8)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 11:17:08

**Narrative Apparatus ID:** R31

**Narrative:**

cx

## NARRATIVE (9)

**Narrative Title:** n/a

**Narrative Author:** Perkins, William

**Narrative Date:** 05/08/2025 12:04:29

**Narrative Apparatus ID:** E36

**Narrative:**

Caller advised soot on outside of garage door. No smoke or fire showing upon arrival. House is vacant and power was off at main breaker panel at our arrival. In A/D corner of garage was A/C equipment that was being worked on by contractor the night before. Some of the equipment and it's box / packing material had caught fire and burned. Fire was approx 1-2 feet from right side garage door. Fire and heat damaged garage doors , and garage door openers , all of A/C equipment that was sitting in garage , 2 plastic garbage bins. smoke and heat damage to garage ceiling was also noted. At our arrival there was no longer any active fire or heat. there was still a small amount of smoke in garage and throughout the house. garage and attic space was inspected using TIC, no heat signatures noted, no extension.

Scott Rappold (802-383-8088) is managing the home improvement work for the owner, Jerry davis (802-383-8088) who is currently in London England. The A/C work is being performed by Kings electric.

Home was ventilated and then TOT Mr Davis.

## APPARATUS

| Fire Controlled Date / Time: | | 5/8/2025 8:21:06 AM | |
|---|---|---|---|
| **Unit** | B3 | **Unit** | CPT7 |
| **Type:** | Chief officer car | **Type:** | Support apparatus, other |
| **Use:** | Other | **Use:** | EMS |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 1 | **# of People** | 1 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:13:53 | **Enroute** | 05 /08/2025 08:14:10 |
| **Arrived** | -- / -- / --  -- : -- : -- | **Arrived** | -- / -- / --  -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:20:36 | **Cancelled** | 05 /08/2025 08:20:39 |
| **Cleared Scene** | -- / -- / --  -- : -- : -- | **Cleared Scene** | -- / -- / --  -- : -- : -- |
| **In Quarters** | -- / -- / --  -- : -- : -- | **In Quarters** | -- / -- / --  -- : -- : -- |
| **In Service** | 05 /08/2025 08:20:36 | **In Service** | 05 /08/2025 08:20:39 |
| **Unit** | E36 | **Unit** | E52 |
| **Type:** | Engine | **Type:** | Engine |
| **Use:** | Suppression | **Use:** | Suppression |
| **Response Mode:** | Lights and Sirens | **Response Mode:** | () |
| **# of People** | 4 | **# of People** | 4 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:09 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:12:39 | **Enroute** | 05 /08/2025 08:15:31 |
| **Arrived** | 05 /08/2025 08:19:31 | **Arrived** | -- / -- / --  -- : -- : -- |
| **Cancelled** | -- / -- / --  -- : -- : -- | **Cancelled** | 05 /08/2025 08:21:00 |
| **Cleared Scene** | 05 /08/2025 08:47:46 | **Cleared Scene** | -- / -- / --  -- : -- : -- |
| **In Quarters** | -- / -- / --  -- : -- : -- | **In Quarters** | -- / -- / --  -- : -- : -- |
| **In Service** | 05 /08/2025 08:47:46 | **In Service** | 05 /08/2025 08:21:00 |
| **Unit** | E56 | **Unit** | Q31 |
| **Type:** | Engine | **Type:** | Quint |
| **Use:** | Suppression | **Use:** | Suppression |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 4 | **# of People** | 4 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:13:50 | **Enroute** | 05 /08/2025 08:13:21 |
| **Arrived** | -- / -- / --  -- : -- : -- | **Arrived** | -- / -- / --  -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:20:40 | **Cancelled** | 05 /08/2025 08:20:40 |
| **Cleared Scene** | -- / -- / --  -- : -- : -- | **Cleared Scene** | -- / -- / --  -- : -- : -- |
| **In Quarters** | -- / -- / --  -- : -- : -- | **In Quarters** | -- / -- / --  -- : -- : -- |
| **In Service** | 05 /08/2025 08:20:40 | **In Service** | 05 /08/2025 08:20:40 |
| **Unit** | R31 | **Unit** | R36 |
| **Type:** | ALS unit | **Type:** | ALS unit |
| **Use:** | EMS | **Use:** | EMS |
| **Response Mode:** | () | **Response Mode:** | () |
| **# of People** | 2 | **# of People** | 2 |
| **Alarm** | 05 /08/2025 08:11:29 | **Alarm** | 05 /08/2025 08:11:29 |
| **Dispatched** | 05 /08/2025 08:12:53 | **Dispatched** | 05 /08/2025 08:12:53 |
| **Enroute** | 05 /08/2025 08:15:37 | **Enroute** | 05 /08/2025 08:14:28 |
| **Arrived** | -- / -- / --  -- : -- : -- | **Arrived** | -- / -- / --  -- : -- : -- |
| **Cancelled** | 05 /08/2025 08:21:09 | **Cancelled** | 05 /08/2025 08:21:03 |
| **Cleared Scene** | -- / -- / --  -- : -- : -- | **Cleared Scene** | -- / -- / --  -- : -- : -- |
| **In Quarters** | -- / -- / --  -- : -- : -- | **In Quarters** | -- / -- / --  -- : -- : -- |
| **In Service** | 05 /08/2025 08:21:09 | **In Service** | 05 /08/2025 08:21:03 |

**Number Of People not on apparatus: 0**

## FIRE

| | | | |
|---|---|---|---|
| **Acres Burned** | None or Less Than One | **Acres Burn From Wildland Form** | False |
| **Area Of Fire Origin** | Vehicle storage area; garage, carport | **Heat Source** | Radiated or conducted heat from operating equipment |
| **Item First Ignited** | Box, carton, bag, basket, barrel | **Fire Is Confined To Object Of Origin** | TRUE |
| **Type Of Material** | Cardboard | **Cause Of Ignition** | Unintentional |
| **Factor Contributing To Ignition** | Heat source too close to combustibles. | | |
| **Human Factors Contributing** | None | | |
| **Equipment Involved In Ignition Flag** | True | **Equipment Involved** | Air conditioner |
| **Equipment Power Source** | Electrical line voltage (>= 50 volts) | **Equipment Portability** | Stationary |

## STRUCTURE FIRE

| | | | |
|---|---|---|---|
| **Structure Type** | Enclosed building | **Building Status** | Vacant and secured |
| **# Of Stories At Above Grade** | 1 | **# Of Stories Below Grade** | 0 |
| **Square Feet** | 3276 | **Length** | |
| **Width** | | **Floor Of Origin** | 1 |
| **Fire Spread** | Confined to object of origin | | |
| **Minor Damage** | 0 | **Significant Damage** | 0 |
| **Heavy Damage** | 0 | **Extreme Damage** | 0 |
| **Presence Of Detectors** | Present | **Type Of Detection System** | Smoke |
| **Detector Power Supply** | Hardwire with battery backup | **Detector Operation** | Detector failed to operate |
| **Detector Effectiveness** | | **Detector Failure Reason** | Power failure, hardwired det. shut off, disconnect |

## CUSTOM FIELDS FORM

Was this a COVID-19 related call?
Was call this Storm Related?
Did you Correct or Verify the right Battalion (Zone) is selected in Basic Info 3
Chain Saw Used?
Tarp Used?
Was this a Hazmat Call
How much water was used?
Fire attack methods
Was the PIP used?                                                                                      No
Does the PIP require up-dating?
If PIP requires updates, please explain.

| PERSONNEL ON CALL | | | |
|---|---|---|---|
| **Name** | **Personnel Rank** | **Role(s)** | **Apparatus** |
| Abad, Carlos | FF | | E56 |
| Bolivar, Christian Jesus | EN/PM | | E56 |
| Braddy, Tyler | FF | | E56 |
| Demps Jr, Rodney | LT/PM | | E56 |
| Diaz Henriquez, Christopher | FF | | E36 |
| Diaz, Jr., Victor | Captain | | CPT7 |
| Farinas, Glenn | FF | | E36 |
| Garcia, Isaiah | FF | | Q31 |
| Garcia, Julisa | FF | | E52 |
| Gault, Jonathan | | | R36 |
| Guerra Machado, Brailen | FF | | E52 |
| Harmon Jr., Jeffrey V | FF/PM | | Q31 |
| Lopez Rodriguez, Allan J. | LT/PM | | B3 |
| Mannix, Joshua | FF | | R31 |
| Mclean, Alexandria | FF/PM | | R36 |
| Mobley, Terry L. | EN/PM | | E52 |
| Morris, Jeffrey C. | LT | | Q31 |
| Perkins, William N. | LT/PM | | E36 |
| San Agustin, Jake | FF | | R31 |
| Suarez, Jeremiah | FF | | E36 |
| Tepatondele Teta Delozege, Fnu | FF | | E52 |
| Vaz, Ricardo | FF/PM | | Q31 |

Member Making Report (LT/PM William N. Perkins): _____

Incident Reviewer (Civilian Jay Porter): _____

# EXHIBIT "E"



Liberty
Mutual.
INSURANCE

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014
Fax: 888-268-8840

July 15, 2025

GRANER PLATZEK & ALLISON, P.A. ATTORNEYS AT LAW
1699 South Federal Highway
BOCA RATON, FL 33432

Claim Number: 24261668
Insured Name: ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO
Date of Loss:  May 7, 2025
Policy Number: BKS635379604
Underwriting Company: Ohio Security Insurance Company

Dear GRANER PLATZEK & ALLISON, P.A. ATTORNEYS AT LAW:

We are in receipt of your letter dated 7/14/25 disputing our liability denial. Please note that
coverage was afforded, however we are unable to pay for damages in which the insured is not
proven to be liable. Our insured indicated that there were other sub contractors onsite and Jerry
Davis indicated that there was a painter that was onsite. During the recorded statement with our
insured it was indicated that the card board box was being used for trash and that it was brought in
at the end of the day into the garage. Based on this the other sub contractors would have had
access to it. Our insured indicated the igniting source or heat source that caused the box to catch
fire was unknown. We reviewed pictures of the scene and the cause of the fire was unclear as
there was no heat source observed.  Based on this we will be maintaining our liability denial. If
you have any additional information or documentation we would be happy to review it.

Providing high quality claims service is important to everyone at Liberty Mutual Insurance. If you
have any questions, please do not hesitate to contact me.

Sincerely,

Danielle Noll
Sr Claims Resol Spec I, Cas
Tel: 518-389-3996
Email: Danielle.Noll@libertymutual.com

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014

GRANER PLATZEK & ALLISON, P.A. ATTORNEYS AT LAW
1699 South Federal Highway
Boca Raton, FL 33432

GRANER PLATZEK & ALLISON, P.A. ATTORNEYS AT LAW
1699 South Federal Highway
Boca Raton, FL 33432

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014

# EXHIBIT "F"



Liberty
Mutual.
INSURANCE

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014
Fax: 888-268-8840

July 1, 2025

ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO
1825 NW Corporate Blvd Ste 110
Boca Raton, FL 33431

Claim Number: 24261668
Insured Name: ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO
Date of Loss:   May 7, 2025
Policy Number: BKS635379604
Underwriting Company: Ohio Security Insurance Company

RE: Potential claim-related lawsuit

Dear ELECTRICAL SERVICE P DBA KINGS ELECTRIC & AIR CONDITIO:

At Liberty Mutual Insurance, we strive to be there when you need us most.  We want you to be aware that you may be served with a lawsuit (known as a Summons and Complaint) related to your recent claim.

**Please follow the instructions below if you are served with a lawsuit.** Not doing so timely could jeopardize our ability to provide you with a defense and/or impact our responsibility to pay damages to which the party making the claim against you may be entitled.

　　- If you are served with a lawsuit by mail or in person, please note on a separate piece of paper the following:
　　　　- Who was served with (received) the lawsuit
　　　　- The date, time and method of delivery
　　- Attach the above information to the lawsuit and immediately forward it to me using the contact information below.  The law requires that a response be filed within 20 days of receipt of a lawsuit, so it is vital that you send us the lawsuit as soon as possible, ideally within two days.
　　-
　　　　-

Please keep this letter in a safe place for future reference.

CONDITIO
July 1, 2025

Providing high quality claims service is important to everyone at Liberty Mutual Insurance. If you have any questions, please do not hesitate to contact me.

Sincerely,

Danielle Noll
Claims Resol Spec III, Cas
Tel: 518-389-3996
Email: Danielle.Noll@libertymutual.com